**DAY PITNEY** LLP
One Jefferson Road
Parsippany, New Jersey 07054-2891
(973) 966-6300

ATTORNEYS FOR Defendant
United Parcel Service, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOHN WELCH, | : | Civil Action 09-cv-4400 (ADS) |
|    Plaintiff, | : | |
| -against- | : | **NOTICE OF MOTION FOR SUMMARY JUDGMENT** |
| UNITED PARCEL SERVICE, INC. d/b/a UPS, | : | |
|    Defendant. | : | **ELECTRONICALLY FILED** |
| | : | |

**Oral Argument Requested**

TO:   Rashmee Sinha, Esq.
       Frank & Associates, P.C.
       500 Bi-County Boulevard
       Suite 112N
       Farmingdale, NY 11735

83508549.1

COUNSEL:

PLEASE TAKE NOTICE that the undersigned, attorneys for defendant, United Parcel Service, Inc. ("UPS"), hereby moves before Honorable Arthur D. Spatt, U.S.D.J. of the United States District Court for the Eastern District of New York in Central Islip, New York, for the entry of an Order dismissing the Amended Complaint in its entirely, with prejudice, pursuant to F.R.C.P. 56; and

PLEASE TAKE FURTHER NOTICE that in support of the within motion, defendant shall rely upon defendant's Brief in Support of the Motion, Statement of Material Undisputed Facts, and the Affirmation of Wendy Johnson Lario, submitted herewith; and

PLEASE TAKE FURTHER NOTICE that defendant hereby requests oral argument; and

PLEASE TAKE FURTHER NOTICE that this motion is timely filed in accordance with Honorable Arthur D. Spatt's April 15, 2011 briefing schedule; and

PLEASE TAKE FURTHER NOTICE that defendant hereby requests that the proposed form of Order submitted herewith be entered by the Court.

> DAY PITNEY LLP
> Attorneys for Defendant
> United Parcel Service Inc.,
>
> By: _____
> Wendy Johnson Lario
> A Member of the Firm

DATED: May 16, 2011