# Exhibit 1

Case 2:09-cv-04400-ADS -WDW   Document 29-3   Filed 05/16/11   Page 2 of 66

**Chat (Offline)**

Search



# Massapequa Pirates    Like
Product/Service

Wall                                                Everyone · Massapequa Pira

Wall
Info
Photos (2)
 Discussions

**38**
people like this

Likes

  I Hate the JETS

Create a Page
Report Page
Share

 **Massapequa Pirates**
The pirates will stick to baseball and drinking....Basketball will have to wait till next year.
February 13 at 8:52am

 **Massapequa Pirates**
The Pirates have not 1, not 2, but 3 basketball games today....and that doesnt even count the playoffs.
February 12 at 7:12am

 **Massapequa Pirates**
Massapequa Pirates....Basketball tomorrow...SUNY OI Westbury.....Be there or be gay
February 11 at 6:37pm

💬 View all 5 comments

 **Massapequa Pirates** It means if your not there....your gay
February 12 at 12:27am

 **Massapequa Pirates** Sechko, Farley and Mulally....we picked up 3 other scrubs because the response from the pirates was weak.
February 12 at 7:46am

 **Massapequa Pirates**
Upstate NY, Windham and Cooperstown....The Pirates will be golfing at the Windham Country Club on May 11th and then travel to Cooperstown to play on May 12th and May 13th. All Pirate groupies, we will have security all around us, do not attempt to mob us like you did to the beatles in the 60's. State troopers, keep the route from Massapequa to C town open and free of traffic.
January 28 at 11:03am

D01518

**Chat (Offline)**



**Massapequa Pirates**
John Sechko has a new recruit for the Pirates. He is also a Hall of Famer from the world famous Massapequa Coast League.

January 19 at 6:09pm



**Massapequa Pirates**
Where are all the team pictures that were taken at the party? Fork them over!

January 13 at 4:20pm



**Massapequa Pirates**
have nothing new to report except for lackluster turnouts at the Mecca.

January 13 at 4:19pm



**Massapequa Pirates**
The Champion Massapequa Pirates have a date set in the Hall of Fame town known as Cooperstown on May 6th and May 7th 2011. The Pirates will be facing the Valley Stream Mets for a repeat of last years action. Cooperstown......You have fair warning...Hide your wives and girlfriends because they all want us!

January 6 at 6:51pm



**Massapequa Pirates**
Wish all of our competition a Happy New Year and dont bother showing up to play the Pirates in 2011....unless you want your ass beat like in 2010.

December 30, 2010 at 7:01am

2 people like this.



**Massapequa Pirates**
there is talk of a new World record attempt. We have to go over 48 hours since the team from St. Louis broke our previous record. I am saying we dont fool around this time and we go for 72 hours!

December 19, 2010 at 10:57am



**Massapequa Pirates**

  

**pirate party**
4 new photos

December 17, 2010 at 3:26pm · Share

 **Massapequa Pirates** pirate championship party...where are all

D01519

**Chat (Offline)**

the other pics?
December 16, 2010 at 7:10pm

 **Massapequa Pirates** there were alot more pics.....send them in!
December 17, 2010 at 3:29pm

 **Massapequa Pirates**

  

**pirate party**

December 16, 2010 at 7:07pm · Share

 **Massapequa Pirates** pirate championship party...where are all
the other pics?
December 16, 2010 at 7:10pm

 **Massapequa Pirates** there were alot more pics.....send them in!
December 17, 2010 at 3:29pm

 **Massapequa Pirates**
The Pirate party was a good one.....all showed up but 2...they will be put on
the "gay" list. The trophy is a nice one and everyone liked the jackets..If anyone
needs anything designed in the future, contact Todd or Sechko. Spring training
starts in approx 90 days.

December 6, 2010 at 7:04am

2 people like this.

 **Massapequa Pirates**
today, 1pm, trophy and championship jacket presentation at the mecca of
baseball...McGorys.....where the giant trophy will be hoisted to the rafters for all
to see. Rumor has it that the Pirates might be drinking..We are calling on Mcg's
security staff to keep the fans at a distance. We will be in the VIP (bar) section.

December 5, 2010 at 8:13am

3 people like this.

 **Massapequa Pirates** Front St, Massapequa Park wil never be the
will never be the same after today....just saw the jackets..NICE!
Lets get ready to RUMMMMMBLLLEEEEE

December 5, 2010 at 10:15am

 **Lisa Gambella-Kushinsky** HAVE FUN PIRATES !!!!

D01520

---

**Chat (Offline)**

December 5, 2010 at 10:47am

 **Massapequa Pirates** Lets go Giants!
December 5, 2010 at 12:20pm

 **Massapequa Pirates**
2 Pirates who will remain nameless did a recon mission to McGorys just to check and see if the beers and shots were cold for Sunday. The results were inconclusive! Another mission might be under way to make sure everything is up to standards.

December 2, 2010 at 3:14pm

2 people like this.

 **Massapequa Pirates**
Pirates: The trophy and Championship jacket presentation will be at McGorys Sunday at 1pm. There is no end time contrary to the e mail that was sent out. It will end when the Pirates say it ends. I know it NEVER happens, BUT if anyone has 1 to many..The checkered cab company is across the street.

November 30, 2010 at 3:46pm

Greg Ferri likes this.

 **Wayne McLaughlin**
arrrrrghhh Happy B Day Brian and Todd
November 5, 2010 at 7:44pm

 **Massapequa Pirates** hey mac...thanks for coming down!
November 6, 2010 at 2:55pm

 **Wayne McLaughlin** Wow
November 9, 2010 at 1:30pm

 **Wayne McLaughlin** Wow
Cowboy
November 11, 2010 at 7:28pm via email

 **Massapequa Pirates**
The jackets are in! They will be inspected and picked up today by Toddo. We will have a jacket presentation ceremony at the Mecca...now we just have to wait on the mysterious trophy that the league is supposed to cough up.

November 26, 2010 at 7:28am

 **Massapequa Pirates**
When are we getting these often-rumored but never seen jackets?
November 23, 2010 at 1:09pm

---

D01521

> **Chat (Offline)**

 **Massapequa Pirates** Hopefully next week
November 23, 2010 at 1:12pm

 **Massapequa Pirates**
Championship jackets on order!
November 5, 2010 at 4:58pm

 **Lisa Gambella-Kushinsky** ....and from what I've heard they are nice !
November 5, 2010 at 5:29pm

 **Massapequa Pirates**
the Championship jackets are in the works
October 25, 2010 at 8:18am

 **Massapequa Pirates** greg double XX?
October 25, 2010 at 8:20am

 **Massapequa Pirates**
anybody else besides me (sechko) start their off season workouts yet? April is not that far away people..we have no room for slackers.
October 23, 2010 at 4:41pm

Greg Ferri likes this.

 **Massapequa Pirates**
The pirates and pirate fans will be getting together friday night to welcome back Angelo. This is an all nighter so be ready.
October 21, 2010 at 9:56am

 **Massapequa Pirates**
Time for the off season now. We are still waiting for the Spring Championship trophy hoisting party to be held at McGorys. Also... The team championship jackets are going to be in the works soon. Emails will be sent for your jacket sizes.
October 20, 2010 at 3:26pm

 **Massapequa Pirates**
Seasons over, here are some hilights, John Sechko led the team in hits, doubles, triples, runs scored, runs batted in and walks. That's all the hilights
October 20, 2010 at 7:46am

Lisa Gambella-Kushinsky likes this.

 **Lisa Gambella-Kushinsky** That would be highlights

D01522

---

**Chat (Offline)**

October 20, 2010 at 7:47am

 **Massapequa Pirates** Hi, high lites, lights....all the same...when you do it all you can spell however you want. Where are the minnesota twins now?

October 20, 2010 at 9:00am

 **Lisa Gambella-Kushinsky** I forgot, it's always about you...always has been.

October 20, 2010 at 12:14pm

 **Massapequa Pirates**
The fall season ends tonight....on to the next thing.
October 19, 2010 at 11:51am

 **Massapequa Pirates** after party at McGorys from 11pm to closing or whenever they run out of drinks.
October 19, 2010 at 11:54am

 **Massapequa Pirates**
a baseball team has 1 manager, this team has people doing what they want and making their own plays. It cost us the game tonight. Bunt with the bases loaded and 1 out? our manager didnt call for that!
October 13, 2010 at 12:10am

 **Massapequa Pirates**
what were the pirates thinking last night? When I'm not there or Todd isnt there things fall apart? You tell the other team "we wont take a forefit but no matter what happens the game ends in a tie.......now we will miss the playoffs by a point.
October 11, 2010 at 7:48pm

💬 View all 4 comments

 **Massapequa Pirates** if you couldnt beat a short handed team you should walk off the field with your head down and think if you ever want to play this game again.
October 12, 2010 at 7:20pm

 **Brian Bernhard** Sausage fest? Sounds like a Pirate handshake?!
October 13, 2010 at 1:12am

D01523

Chat (Offline)

 **Massapequa Pirates**
It looks like the league finally has our championship trophy on order. Sounds like another Pirate party to me. Now we gotta get the jackets on order.
September 30, 2010 at 8:20pm

Greg Ferri likes this.

 **Massapequa Pirates**
win a big game yesterday vs a team from New York City.....We welcomed them to Long Island with an old fashioned beat down! 16-3....dont cross over to Long Island again if you know whats good for you!
September 27, 2010 at 2:57pm

2 people like this.

 **Massapequa Pirates**
Massapequa Pirates vs Baldwin Dodgers at the Mecca of Baseball John J Burns Park. Tonight the most powerful hitting team in Long Island history goes for its 2nd win in 2 games. Burns park, keep the gates open late for the Pirate after party. We play hard and we drink harder!
September 23, 2010 at 6:20pm

 **Massapequa Pirates**
The Massapequa Pirates aka The most powerful hitting team in Long Island History belted 2 home runs and put up 23 on the big scoreboard last night.
September 22, 2010 at 5:35pm

Greg Ferri likes this.

 **Massapequa Pirates**
Thursday Night...John J. Burns (home of the World Champion Massapequa Pirates) take on another opponent in the form of the Baldwin Dodgers. I would tell the town of Massapequa to hide all their wives and girlfriends from the Pirates...but their already hidden.
September 22, 2010 at 9:52am

 **Massapequa Pirates**
The World Champion Pirates won a boring game lastnight. I was ready to fall asleep at Shortstop. I dont even know what the score was 22-8? something like that.
September 22, 2010 at 9:49am

 **Massapequa Pirates**
Big game tonight...a must win for the World Champion Pirates. Town of Hewlett....hide your wives and girlfriends because they all want a Pirate.
September 21, 2010 at 5:07pm

D01524

Massapequa Pirates                                              Page 8 of 39

---

> **Chat (Offline)**

 **Lisa Gambella-Kushinsky** Well? Win/Lose?
September 21, 2010 at 10:55pm

 **Massapequa Pirates** The pirates won big.
September 22, 2010 at 5:49am

 **Brian Bernhard** AARRGGHH!!!
September 22, 2010 at 7:55am

 **Brian Bernhard**
Good luck fellas!
September 7, 2010 at 6:37pm

 **Massapequa Pirates**
Game is canceled tonight!
September 16, 2010 at 6:20pm

 **Massapequa Pirates**
Thursday night, John J Burns, the Fall version of the Massapequa Pirates starts
its winning streak. Fun and games are over! Long Island Yankees, get ready for
a beating....Pirate style! Town of Massapequa, have all roads to and from Burns
park cleared for the Pirate armada.

September 14, 2010 at 8:12pm

 **Massapequa Pirates**



September 13, 2010 at 5:27pm · Share

 **Massapequa Pirates** Danny's wife made these cookies...I dont
know how but they are great!
September 13, 2010 at 5:28pm

 **Massapequa Pirates**
Had a great time at the team party last night. Everybody from the team was
there....Next we need the Team trophy party. Where we put the trophy on
display at McGorys.
September 13, 2010 at 12:19pm

💬 View all 4 comments

**Massapequa Pirates** For those that dont know.....Sechko got a silver and

---

D01525

**Chat (Offline)**

 black (RAIDERS COLORS) Superman cape last night for his super human efforts on the field. Thursday night I will wear it into the batters box, I will then call a time out and have the bat boy come out, untie it from around my neck and return it to the dugout.
September 13, 2010 at 1:36pm

 **Angelo Parisi** lol
September 13, 2010 at 6:02pm

 **Massapequa Pirates**
The Fall Pirates are off to a rough start, 3 close games, 3 losses. It will all turn around Thursday night at John J Burns....The field where we won it all.
September 13, 2010 at 7:45am

 **Lisa Gambella-Kushinsky** Rough start? Get motivated !!!!!
September 13, 2010 at 1:32pm ·    1 person

 **John Welch**
Completing our journey to the top, the feeling is empty... Like a warrior returning from war, having no more enemies to slay overrules the glory.

August 27, 2010 at 7:39pm via Android

 **Massapequa Pirates**
Sunday 9am Baldwin park vs the Long Island Yankees...a must win game. Then its the Summer Pirate Championship party....Good thing I'm off on Monday.
September 11, 2010 at 5:54pm

Greg Ferri likes this.

 **Massapequa Pirates**
Lost game one 4-3, a game we should have won. Game 2 is tonight. Town of Freeport.....nevermind
September 9, 2010 at 7:58am

Brian Bernhard likes this.

 **Massapequa Pirates**
The Fall version of the Massapequa Pirates starts its season TONIGHT! Town of Greenlawn, hide all your girlfriends and wives because they all want us.
September 7, 2010 at 4:06pm

D01526

Case 2:09-cv-04400-ADS -WDW   Document 29-3   Filed 05/16/11   Page 11 of 66

| Chat (Offline) |
| --- |


**Gregg Provda**
Anybody know why the Ferrinator, er, Greg Ferri, won't return calls from his best friend of 35 years?
August 26, 2010 at 11:29pm


**Massapequa Pirates**
Looking for a bat! Sam Bat....not in, Rock Bat dont carry my style, Carolina Clubs looks like the next option. Old Hickory takes 4 weeks....Time to go in the Bat making business.
September 1, 2010 at 9:21pm


**Massapequa Pirates** What about a Beaver bat?
September 2, 2010 at 10:34am


**Massapequa Pirates** Did you get a bat yet?
September 6, 2010 at 12:06pm


**Massapequa Pirates** I got the Old Hickory, 34 inch, minus 3 weight..should be delivered today
September 7, 2010 at 8:12am


**Brian Bernhard** John, are you talking to yourself? LOL!
September 7, 2010 at 6:38pm


**Massapequa Pirates** no, Greg is also administrator on this page....but at times I do talk to myself
September 9, 2010 at 8:05am


**Massapequa Pirates**
Flying the Pirate flag
In North Myrtle Beach.
Sent from my BlackBerry.




August 29, 2010 at 12:00pm · Share


**Massapequa Pirates** The Pirates are global
August 29, 2010 at 1:44pm


**Massapequa Pirates**
Opening day for the Fall HARDCORE team starts NEXT WEEK!
August 29, 2010 at 9:19am

D01527

---

Chat (Offline)

 **Massapequa Pirates** What day?
August 29, 2010 at 9:47am

 **Massapequa Pirates**
Happy Birthday, Wayne!
August 26, 2010 at 9:35pm

 **Massapequa Pirates**
The Fall season schedule should be out next week. We expect nothing less then winning the Championship.
August 26, 2010 at 7:14am

 **Massapequa Pirates**
Tonight is the league meeting for the Fall HARDCORE Pirates. The roster is set, we're looking good and looking for Championship # 2 this year. The Fall team is the HARDCORE team because we dont stop at Summers end. We play until its to cold for the average human being to even step outside.
August 25, 2010 at 3:30pm

 **Massapequa Pirates**
Sent from my BlackBerry.



 August 23, 2010 at 8:18pm · Share

 **Wayne McLaughlin** Thats great bring it home. Put it cheslers backyard.
August 23, 2010 at 8:35pm ·     1 person

 **Massapequa Pirates** thats what you get for going on vacation
August 25, 2010 at 6:30am

 **Massapequa Pirates**
Whoever has the team photos e mail them out so we can add them to the Pirate page.
August 23, 2010 at 7:26am

D01528

**Chat (Offline)**

 **Massapequa Pirates**
Will have their team party on 9/12/10....Town of Massapequa.....LOOK OUT!
August 22, 2010 at 8:31pm

 **Massapequa Pirates**

 

**championship**

August 22, 2010 at 6:24pm · Share

 **Massapequa Pirates** The Pirate flag flying high above John J
Burns park
September 9, 2010 at 4:11pm

 **Massapequa Pirates**
Are the 2010 Long Island CHAMPIONS. We came from 5 runs down and scored
a run in the bottom of the 8th to take a 9-8 lead and win the championship.
John Welch winning pitcher, John Sechko winning run, the rest is history! 2
playoff sweeps, Championship Pirate booty.....Sweeeeeet.
August 22, 2010 at 6:06pm

2 people like this.

 **Massapequa Pirates** The League and the A's can eat me...No
matter how hard you tried you couldnt keep the PIRATES down!
August 22, 2010 at 6:11pm ·   1 person

 **Massapequa Pirates** What ever the name of the street in front
of McGoreys should be renamed Pirate Way, the new Canyon of
Heroes!
August 22, 2010 at 6:43pm

 **Angelo Parisi** nice job boys
August 22, 2010 at 7:15pm

 **Joe Ortiz** It's great to be the King!! It doesn't matter how old you
are, this is the greatest feeling!! There's nothing better than
winning you last game of the season!!
August 23, 2010 at 1:08pm ·   1 person

 **Sheryl Brynien Klewicki** WTG Boys!!!
August 23, 2010 at 1:56pm

D01529

Chat (Offline)

 **Massapequa Pirates**
The town of Massapequa is all abuzz about its Pirate team obtaining greatness tomorrow. Massapequa, have the roads cleared to and from Burns park tomorrow. Keep the fans and the women back! After the game we will be at the baseball Mecca AKA McGorys. There will be plenty of Crystal and Dom Perrigion to go around. Its the Pirates world...everybody else is just in it!
August 21, 2010 at 4:13pm

 **Lisa Gambella-Kushinsky** Gee, makes me kinda wish I was able to be there~ ARGHHHHHHHH
Good luck PIRATES !!!!!!
August 21, 2010 at 4:36pm

 **Massapequa Pirates** We will have you at the team party!
August 21, 2010 at 5:01pm

 **Margaret Blum-Distefano** Congratulations.You guys were awesome.Great job!!!Arrrggh!
August 22, 2010 at 3:40pm

 **Angelo Parisi**
goodluck tomorrow pirates i know victory is in your hands play hard leave it all o nthe field go kick there asses
August 21, 2010 at 10:39am

 **Massapequa Pirates**
In less then 24 hours the Pirates will meet on Charles Ave. From there we will ride in a Military style convoy up Cartwright Blvd to John J. Burns Park for our destination with greatness. By approx noon on Sunday we will be crowned Long Island Champions.
August 21, 2010 at 8:15am

 **Lisa Gambella-Kushinsky** Sounds good to me !
August 21, 2010 at 9:10am

 **Massapequa Pirates**
The Sam Bat, the main offensive weapon in the Pirate arsenal should arrive today! If I get the right pitch Sunday, I will send a high fly ball arching over the left field fence 336 feet away! The Pirates are ready to celebrate, Massapequa is Ready to celebrate...Town officials, at approx noon on Sunday clear the roads leading to McGorys!
August 20, 2010 at 8:03am

 **Massapequa Pirates** Got the Sam Bat today but it has to go back....Came in wrong weight. Ordered a full cup and they sent 1/2...
August 20, 2010 at 6:25pm

**Massapequa Pirates**
The difference between the Pirates and any other team is that the Pirates are like a big

D01530

| Chat (Offline) |
| --- |

 extended family.
August 19, 2010 at 9:01am

 Margaret Blum-Distefano likes this.

 **Massapequa Pirates**
Are now ready for Sunday. A little practice and unofficial team meeting...we are
back and ready. We cannot be stopped, the most powerful hitting team in Long
Island history cannot be stopped by the A's or the league. We stop when we're
ready to stop and thats after winning the Championship!
August 18, 2010 at 8:16pm

 **Massapequa Pirates**
"Accept the challenges so that you can feel the exhilaration of victory." A quote
from General Patton!
August 18, 2010 at 1:23pm

Lisa Gambella-Kushinsky likes this.

 **Massapequa Pirates**
The league now suspended a Pirate....Great.....I can see all of the calls going
against us now.
August 18, 2010 at 12:34pm

 **Lisa Gambella-Kushinsky** What? What is going on???
August 18, 2010 at 1:04pm

 **Massapequa Pirates** the result of a email sent to the league
president.
August 18, 2010 at 1:24pm

 **Angelo Parisi** who got suspeneded
August 18, 2010 at 8:06pm

 **Massapequa Pirates**
Looks like we play game 2 on Sunday and if needed game 3 will be right after
game 2....a Championship double header. Game 3 will not be needed. It turns
out that the league and the A's lack a spine and guts. The most powerful hitting
team in Long Island history will be missing some weapons but we will not lose
to these low lifes or let the league get satisfaction in seeing the Pirates lose.
August 17, 2010 at 9:24pm

Lisa Gambella-Kushinsky likes this.

 **Lisa Gambella-Kushinsky** Happy to see this !
August 18, 2010 at 9:15am

D01531

Massapequa Pirates

**Chat (Offline)**



**Massapequa Pirates**
get screwed again....and at this point I dont care anymore.

August 17, 2010 at 7:13pm



**Massapequa Pirates**
The A's (a team of pussies) are trying to arrange the schedule to fit their needs and NOT what the league has offered. The league better stand up and show some balls and tell the A's "You either get your team to the field or forfeit." Then they'll show up.

August 17, 2010 at 7:59am



**Massapequa Pirates**
A.K.A The most powerful hitting team in Long Island history has outscored its opponents 39-10 in 3 playoff games. We look to finish the championship with a sweep of the A's this week.

August 16, 2010 at 8:37am

Greg Ferri likes this.



**Massapequa Pirates**
took care of game 1 today showing the A's why we are the most powerful hitting team in Long Island History. We beat them 19-3 and it could have been alot worse. Now we look to game to for the sweep and a championship party that will look like new years eve.

August 15, 2010 at 3:55pm

💬 View all 9 comments



**Angelo Parisi** if its thursday i can but chez said its sunday i cant make that i have to help my mother in law move
August 16, 2010 at 6:07pm



**Massapequa Pirates** right now we're not sure where or when the game is...The A's are trying to duck us.
August 17, 2010 at 7:56am

D01532

**Chat (Offline)**

 **Massapequa Pirates**
Its TIME for the main event of the evening, In the dugout to the left wearing
Green Jerseys and white pants the Long Island A's..In the dugout to the right
wearing white black and gold, the most powerful hitting team in Long Island
Baseball history The Massapequa Pirates. 2 teams will enter the diamond, only
the Pirates will leave winners!

August 15, 2010 at 7:52am

Zach Pinto likes this.

 **Lisa Gambella-Kushinsky** Go Pirates ! No worries~
August 15, 2010 at 11:01am

 **Massapequa Pirates**
A message to the A's

 **Queen-We Will Rock You**
www.youtube.com
Queen We Will Rock You

August 14, 2010 at 5:33pm · Share

 **Massapequa Pirates**
The march to the Championship starts tomorrow in East Meadow vs the Long
Island A's.....a team that we are enemies with! 2 teams will enter the diamond,
only 1 will leave in victory....The Massapequa Pirates!

August 14, 2010 at 1:20pm

Lisa Gambella-Kushinsky likes this.

 **Massapequa Pirates**
The Championship starts tomorrow!

August 14, 2010 at 8:47am

2 people like this.

 **Massapequa Pirates**
are going to the CHAMPIONSHIP! We just knocked out the defending champions
now we need to win 2 more games. John Sechko was the winning pitcher, Tom
Loco scored the winning run, John Welch had some big hits....now on to the
Championship.

August 14, 2010 at 12:43am

2 people like this.

D01533

**Chat (Offline)**

 **Angelo Parisi** nice gokick ass
August 14, 2010 at 3:20pm

 **Massapequa Pirates**

 **Jock Jams - Are You Ready For This**
www.youtube.com
Jock Jams - Are You Ready For This nice song from the movie Space Jam

August 13, 2010 at 5:18pm · Share

 **Massapequa Pirates**

 **Its time . UFC Bruce Buffer It's Time Inro**
www.youtube.com
UFC STORE http://tinyurl.com/396b75p Its time . UFC Bruce Buffer It's
Time Inro , its time ring ufc intro before the main event, defending!!!!
ittttssss timeeeeee gotta love ufc at the moment

August 13, 2010 at 4:13pm · Share

 **Massapequa Pirates**

**Michael Buffer - Lets get ready to Rumble**
www.youtube.com
This is only this motto

August 13, 2010 at 4:09pm · Share

Lisa Gambella-Kushinsky likes this.

 **Lisa Gambella-Kushinsky** Pirates, good luck and knock 'em
dead like I know you will !
August 13, 2010 at 4:16pm

 **Margaret Blum-Distefano** good luck pirates
August 13, 2010 at 4:44pm

 **Massapequa Pirates**
UPDATE: In 4 hours the Pirates will gather at McGorys and convoy their way
Westbound on Sunrise Highway to DESTINY! The Pirates....The most powerful
hitting team in MSBL history will NOT be denied!
August 13, 2010 at 2:33pm

 **Massapequa Pirates**
As Tone Loc said "Lets do it!"

D01534

**Chat (Offline)**

August 13, 2010 at 9:15am

 **Massapequa Pirates**
Tonight is the night! The team is confident, I can feel it. There is no stopping the Pirate hit machine. We will take it to them early and take their will to win away. Once we have them down, they will not get up. Two teams will enter the diamond, only the Pirates will exit a winner!

August 13, 2010 at 7:21am

Greg Ferri likes this.

 **Angelo Parisi** GO KICK PHILLIE ASS
August 13, 2010 at 7:29pm

 **Massapequa Pirates**
are just hours 29 hours away from HISTORY! A win tomorrow night means the 1st trip EVER in Pirate history to go to the Championship. Town of Baldwin NY, clear the roads around 11pm....The Pirate victory parade will be going down Grand Ave! McGorys Management.....get the Cristal on ice!

August 12, 2010 at 3:23pm

 **Massapequa Pirates**
have what could be the biggest game in team history Friday night in Baldwin Park. We win and we go to the Championship and in doing so we knockout the defending champions.

August 10, 2010 at 3:37pm

3 people like this.

 **Lisa Gambella-Kushinsky** GOOD LUCK, Pirates !!!!!
August 10, 2010 at 3:58pm

 **Massapequa Pirates** have to play a great game to sweep the defending and 2 time Long Island Champions. The Pirate Nation will be there blowing their vazuvulas <<(the thing that made the noise at the World Cup games) 2 teams will enter the diamond...only one will be going to the Championship!
August 10, 2010 at 4:48pm

 **Angelo Parisi** go kick some phillie ass
August 10, 2010 at 5:44pm

D01535

> **Chat (Offline)**

 **Massapequa Pirates**
winners of game 1 in the best of 3 playoff series. Big Mac a complete game shutout.
August 9, 2010 at 9:38pm

Greg Ferri likes this.

 **Massapequa Pirates**
Sechko said he wasnt going to be the General Manager of the Fall Pirates....Guess whos going to the meeting? Me....
August 4, 2010 at 6:01pm

 **Massapequa Pirates** How was the meeting?
August 6, 2010 at 10:40am

 **Massapequa Pirates** The meeting sucked. We should have the schedule by August 28th.
August 9, 2010 at 9:37pm

 **Massapequa Pirates**
need more fans...pass the word around
August 4, 2010 at 6:59am

Saundra Wolf Koenigsberg likes this.

 **Massapequa Pirates**
had some tension today....all taken care of.
August 3, 2010 at 4:37pm

 **Massapequa Pirates**
end of the regular season....some notes....Greg Ferri, led the league in Home Runs, John Sechko is the new HIT KING batting 487....Todd Svec had the most hits with 33, Billy B led the team in RBI with 21. Now on to the playoffs!
August 2, 2010 at 9:32pm

Greg Ferri likes this.

 **Angelo Parisi** thats great good luck
August 3, 2010 at 4:49pm

 **Massapequa Pirates**
are happy to hear about Lisa Kushinskys recovery.....The Pirate family keeps you in their prayers.
August 2, 2010 at 7:39pm

D01536

**Chat (Offline)**

2 people like this.



**Massapequa Pirates**

heres the deal....we take out the hated and defending champion Phillies by sweeping them in 2 straight games...then we beat the winner of A's vs Indians and we are champions...To be the champs we have to beat the champs...Thats what we will do.

August 2, 2010 at 2:49pm



**Massapequa Pirates**

Looks like rain for tomorrow.

July 31, 2010 at 10:34am



**Massapequa Pirates** Not from where I'm sitting.

August 1, 2010 at 9:37am



**Massapequa Pirates**

If the Pirates can win 4 more games guess what they call us? CHAMPIONS! We can go 4-3 including the last regular season game and still walk away with the big prize. If we pull this off, the only town big enough to hold a Pirate party is MANHATTAN! Bar car on railroad on way in....party at ESPN Zone....Bar car on way home.

July 29, 2010 at 1:08pm



**Massapequa Pirates** OR.....We charter a party boat and hit the high seas!

July 29, 2010 at 1:14pm



**Massapequa Pirates** Although it would be a good place to tell the wives/girlfriends that we are going, I think the ESPN Zone is closed down. We'll have to close down some other place.

July 29, 2010 at 1:15pm



**Joe Ortiz** I don't care where the party is, it can be in Burns or McGorey's parking lots for all I care!! Just win baby!!

July 30, 2010 at 10:09am



**Massapequa Pirates**

lead the league in Home Runs, Hits, Batting avg, on base pct, wins, runs scored, pitching, stolen bases...yet we could finish 4th....how is this possible? Because we also lead the league in fielding errors!

July 28, 2010 at 7:38am



**Massapequa Pirates**

The Massapequa Pirates wanted it, and its done..Lisa Kushinsky is out of the hospital...The power of the Pirates extends beyond the diamond.

July 27, 2010 at 5:29pm

Case 2:09-cv-04400-ADS -WDW   Document 29-3   Filed 05/16/11   Page 22 of 66

> **Chat (Offline)**

2 people like this.

 **Massapequa Pirates**
wish Lisa a speedy recovery.
July 26, 2010 at 2:58pm

Denise Gambella likes this.

 **Lisa Gambella-Kushinsky** Thanks Pirates, I am doing well. Please don't come visit me, I will have to hide the women in the town of Windham so they won't attack you all, and I am not up to that right now, I'm too weak to hold them back.
July 26, 2010 at 6:12pm

 **Massapequa Pirates** No one person can hold back the stampede of Pirate female fans. You should see them all. Thats why when we went to Cooperstown we could only have 6 Pirates in Windham at one time.
July 27, 2010 at 7:49am

 **Massapequa Pirates**
Better wake up vs the Dodgers this Sunday......
July 19, 2010 at 6:16pm

Greg Ferri likes this.

 **Massapequa Pirates** Big win today over the Dodgers. They never saw it coming or had a chance. We did it for Johnny!!!
July 25, 2010 at 2:06pm ·   1 person

 **Massapequa Pirates** A win is a win!
July 26, 2010 at 2:57pm

 **Massapequa Pirates**
Game time temp was 94 degrees.....the game was a waste of time because it ended in a 7-7 tie. Pirates were up 7-3 and handed them the game...We said...we dont want the win, come and take it. Game hightlites...Billy B stayed hot with the bat, Greg Ferri big triple, Sechko 7 innings pitched , Welch pitched last inning and kept it at a tie. To win the championship we're gonna have to want it more.
July 18, 2010 at 2:45pm

 **Angelo Parisi** that sucks
July 18, 2010 at 4:39pm

 **Massapequa Pirates**
its game time...90 degrees outside at 730am...but the heat will be on the A's! Lady Pirate fans....please try to refrain yourselves from running on to the field.

D01538

Massapequa Pirates

**Chat (Offline)**

July 18, 2010 at 7:38am

 **Massapequa Pirates**
have a big game tomorrow on a day thats supposed to be 96 degrees...Start drinking fluids tonight so you dont dehydrate tomorrow. I'm gonna start right now with a cold coors light!

July 17, 2010 at 6:53pm

Greg Ferri likes this.

 **Massapequa Pirates**
break out the big lumber (not that...our bats) and put a beating on the A's and their 22 man roster. The A's have been talking shit and its time to shut them up! 2 teams will enter the Diamond...only 1 will walk a way in victory! LEEEEETTTTSSSS GET REAAADDDYY TO RUMMMMMMBBBBLLEEE!

July 16, 2010 at 5:29pm

Greg Ferri likes this.

 **Massapequa Pirates**
will be in the East Meadow NY this Sunday morning to run rule the Long Island A's. Lady fans please keep back during game time. I saw a lady Pirate fan in the elevator of the Garden City Hotel this weekend.

July 14, 2010 at 3:37pm

 **Lisa Gambella-Kushinsky** Oh, you mean the one who started sucking her finger when you came into the elevator? How classy of her to do that right in front of her escort, I must say!
July 14, 2010 at 10:28pm

 **Massapequa Pirates** She did it in front of you, you should of smacked her. Not that I promote violence...but ...
July 15, 2010 at 7:16am

 **Massapequa Pirates**
bookkeeping is 3 games behind.....lets get the stats updated....the league stats are not showing the wins for yesterday.

July 12, 2010 at 8:33am

Greg Ferri likes this.

 **Massapequa Pirates**
took 2 games today...Some highlites....Game 1 John Welch goes to 7 wins 2 losses 1 save...thats all I know about game one. Game 2 John Sechko goes to 6 wins 0 losses and Greg Ferri hit his 4th HR of the season to lead the league.

July 11, 2010 at 8:45pm

D01539

**Chat (Offline)**

2 people like this.

 **Massapequa Pirates**
The Pirates lead the league in Home Runs, Runs scored, Hits, Pitching and ERRORS.
July 9, 2010 at 3:30pm

 **Massapequa Pirates**
Double header this Sunday...both must win games...fun and game time is over. Time to get down to business.
July 7, 2010 at 6:48pm

 **Angelo Parisi** good luck boys
July 8, 2010 at 7:12pm

 **Massapequa Pirates** Angelo....we need all the luck we can get as we are starting to stink.
July 9, 2010 at 3:28pm

 **Angelo Parisi** thats not good u guys started off so good
July 9, 2010 at 7:37pm

 **Massapequa Pirates**
stunk this weekend. We better wake up....and FAST!
July 6, 2010 at 5:54pm

 **Massapequa Pirates**
might struggle today without the power hitting of Sechko. Hes up in the mountains drinking and eating and having fun.
July 4, 2010 at 9:19am

 **Massapequa Pirates**
If last nights home plate umpire knew how to call a strike on a curve ball the game would not have been close. Luckily he was horrible for both teams. Someone needs to talk to the head of umpires. This is the worst year they ever had.
July 1, 2010 at 4:34pm

 **Massapequa Pirates**
Highlites: Sacker game winning hit, Lou big plays at 1st. Welch triple and a save, Sechko winning pitcher, Locasio big hits, Scott showed up. There are others but cant remember them all....
July 1, 2010 at 9:48am

**Massapequa Pirates**
beat the previously unbeaten Phillies 7-6. The game should not of been this close and we

D01540

**Chat (Offline)**

 July 1, 2010 at 7:23am

 **Brian Louisa** there is no crying in baseball n no ties?
July 1, 2010 at 10:55am

 **Massapequa Pirates** They have a time limit on the fields. The longest a game can go is 3hrs 15 minutes...After that it ends in a tie.
July 1, 2010 at 4:31pm

 **Massapequa Pirates**
iiiiitttttsssss TIME! 2 teams will enter the diamond but only 1 will leave in victory! Farmingdale, get ready for the Pirate invasion and victory party!
June 30, 2010 at 6:30pm

 **Massapequa Pirates** The pirates are the victors! And the victory party lasted until 130am. Hardcore pirates know how to beat an undefeated team then part afterward!
July 1, 2010 at 1:53am

 **Massapequa Pirates**
will start enforcing fines for errors....not fielding errors, but mental errors....Missing a sign, not tagging up, swinging on 3-0, getting picked off etc.....we will start at $50.00 per occurance.
June 29, 2010 at 7:49am

 **Massapequa Pirates**
are still mad about being robbed again yesterday. We are the Oakland Raiders of the MSBL. How does an ump not call time in when there was never a time out? It was a girl ump but that had nothing to do with it. Her strike zone wasnt the worst we ever saw but how can she forget what happened 30 seconds before her"I never called time in" excuse Not for anything I think she wanted all of the Pirates and was distracted.
June 28, 2010 at 7:22pm

 **Massapequa Pirates**
...If we dont look at the signs and pay attention to what is going on we are not going to win. Forget about the ump....we have to win these games and play smart baseball...
June 27, 2010 at 8:41pm

Brian Bernhard likes this.

 **Massapequa Pirates**
If the Pirates lose another game because of an umpires HORRIBLE CALL I will have a shit fit. Pirate lose 3-2 today.
June 27, 2010 at 8:31pm

Brian Bernhard It is getting a bit unbearable

D01541

| Chat (Offline) |
| --- |


June 28, 2010 at 12:05am

 **Massapequa Pirates** The ump lost track of the pitches...the base ump could of called a balk and the was tied.
June 28, 2010 at 3:47am

 **Massapequa Pirates**
Big game today...Hopefully the Pirates jump on them early and run rule them. Another big game Wednesday night as well.
June 27, 2010 at 11:04am

 **Massapequa Pirates**
Have big games coming up this week...Sunday vs the Indians...Wednesday Night vs the hated Suffolk Phillies.
June 22, 2010 at 9:08pm

 **Brian Bernhard**
There are no easy games, we need to play as hard as we can with our entire team.
June 17, 2010 at 3:58pm

 **Massapequa Pirates**
Good turn out at McGorys lastnight...almost a full team. The bar tenders have to learn that the VIP (Very Important Pirate) section has to be roped off to keep the fans away.
June 18, 2010 at 6:45am

 **Massapequa Pirates**
Should have an easy game this week. We should rest some guys and play with 8.
June 16, 2010 at 7:31pm

 **Massapequa Pirates**
are now 9 wins 4 losses and 1 tie. We should be 11 wins 3 losses but we get screwed by the Suffolk umps in 2 straight games. Injuries pile up...Chesler dislocated shoulder, Lou torn ligament in shoulder, Danny strained calf, Todd sprained ankle, Sacker torn hamstring....This is the likely result of poor off season conditioning!
June 15, 2010 at 7:16pm

 **Angelo Parisi** that sucks
June 16, 2010 at 5:38pm

 **Massapequa Pirates**
Will regroup this Sunday after getting SCREWED by the umpires. The umps didnt know the difference between a home run and a triple, the home plate

D01542

**Chat (Offline)**

ump didnt know the strike zone, and the base ump didnt know what was safe and what was out.
June 14, 2010 at 7:45pm

 **Massapequa Pirates**
were robbed by the umpires today...One bad call after another which cost us the game in 10 innings.
June 13, 2010 at 3:31pm

 **Massapequa Pirates**
its almost GO time..Pirates / Phillies / enemies...2 teams will enter the field, only one will walk away a winner....unless we tie like last week.
June 13, 2010 at 7:53am

 **Massapequa Pirates**
Some Pirates were in town tonight.....and they better shake off the drinking effects of tonight becaue theres an early game tomorrow
June 12, 2010 at 11:47pm

 **Massapequa Pirates**
I dont see a problem winning this game tomorrow...I see a problem for the Phillies and their problem is the Black and Gold of the Pirates. Like we say in the ARMY "We will win with over powering domination on the road to victory."
June 12, 2010 at 6:19pm

Margaret Blum-Distefano likes this.

 **Massapequa Pirates**
Will be in West Islip tomorrow for another showdown vs the hated Phillies. Groupie girls....we will be available to hang out AFTER the game. Please refrain yourselves from coming into the dugout. Dont make us call security.
June 12, 2010 at 7:38am

Greg Ferri likes this.

 **Massapequa Pirates**
this Thursday night the Pirates will be at the sponsor to welcome back Angelo who moved to New Jersey. The time is 530pm, the place is McGorys. It just happens to be Happy Hour at that time... McGorys management....please keep the bar area clear...we will be there from 530pm till closing. You can allow the ladies to the VIP (Very Important Pirate) section. Just make sure they 21 and over!
June 8, 2010 at 7:56am

 **Massapequa Pirates** Theres been a correction made....THURSDAY THE 17TH...530PM. We will still be in the VIP (Very Important Pirate) section.
June 8, 2010 at 3:14pm

D01543

**Chat (Offline)**

 **Massapequa Pirates**
highlites....John Welch 5-0 pitching record, John Sechko 4-0 pitching record, Greg Ferri 3 Home Runs, Brian Bernhard 13 RBI, Danny Distefano 11 stolen bases, Todd Svec 19 hits, Scott Poole 10 walks, John Sechko 609 batting Avg....The team..9 Wins, 3 losses and 1 tie. Check back each week for updates.
June 7, 2010 at 4:12pm

Greg Ferri likes this.

 **Brian Louisa** sounds like u guys r playing 75 n over teams lol
June 7, 2010 at 8:13pm

 **Massapequa Pirates** The last pitcher we faced was throwing about 80 mph.
June 8, 2010 at 7:48am

 **Brian Bernhard** And he is the one we score off of! AARRGGHH!!
June 17, 2010 at 3:56pm

 **Massapequa Pirates**
are now 9 wins, 3 losses and 1 tie. We have 1 goal this year and that is to WIN THE CHAMPIONSHIP! Anything short of that will not be accepted. In years past we had the deepest pitching, this year we have the most powerfull hitting team on Long Island. Like we said the ARMY.."We are the greatest fighting force, we will win yesterday, today and tomorrow."
June 7, 2010 at 11:07am

 **Massapequa Pirates**
Played to a 2-2 tie today after 10 innings...A game we could of won. John Welch pitched a great game! Next week we play them again.
June 6, 2010 at 3:33pm

 **Massapequa Pirates** All the women of Rocky Point were pretty well hidden.
June 6, 2010 at 3:51pm

 **Massapequa Pirates** We saw like 2 all day...but they wanted us.
June 6, 2010 at 7:59pm

 **Massapequa Pirates**
Tomorrow we play our enemy! Our Rival Suffolk Phillies. Phillies, listen up...The Pirates are coming to your town and we will spank you like the littel punks that you are....3 weeks in a row we play you....get ready to go 0-3.
June 5, 2010 at 8:57pm

**Massapequa Pirates**

D01544

| Chat (Offline) |
|---|

 June 5, 2010 at 7:50pm

 **Massapequa Pirates**
Win another game behind the pitching of John Sechko...despite the fielding!
Good hitting today..Todd tried to join the Home Run Hitters club but.....fell short
by THAT much. Not everyone can be a member of that elite club. We need
another win tomorrow but that shouldnt be a problem...Pirates now stand 9-3
and UNDEFEATED in our division. Rocky Point...we dont want to come out there
but we will just to beat your ass!
June 5, 2010 at 7:28pm

 **Lisa Gambella-Kushinsky** Rocky Point, hide your wives and
girlfriends, they all want the Massapequa Pirates
June 5, 2010 at 7:30pm

 **Massapequa Pirates** ^^^^^ That is true....The Wantagh
women were wild today..They had to be restrained.
June 5, 2010 at 7:33pm

 **Angelo Parisi** good stuff wish i was a part of it
June 6, 2010 at 12:38pm

 **Massapequa Pirates**
A couple of real Pirates were out tonight warming up for the big game tomorrow
with some ice cold coldies. Long Island Dodgers......do you smell what the
Russian Rocket is cooking?
June 4, 2010 at 10:59pm

 **Massapequa Pirates**
will be a hurting team tomorrow, to many injuries all over the team....But we
will not lose. Like we say in the ARMY..."The outcome is not in question, we will
win on our terms!"
June 4, 2010 at 8:17pm

Lisa Gambella-Kushinsky likes this.

 **Massapequa Pirates**
might have to play with 8 players instead of 9...but thats the way we like it! 8 or
9 we will still come out on top. Town of Wantagh...in particular Wantagh Park,
The Pirates will be arriving around 1pm on Saturday. Make sure to keep the
road ways clear and the traffic lights green. The Pirate Army is coming to town!
June 2, 2010 at 6:25pm

 **Massapequa Pirates**
moved to 8-3, John Welch pitching 10 solid innings for the WIN.
May 31, 2010 at 7:37am

D01545

> **Chat (Offline)**

 **Angelo Parisi** very nice keep kicking butt
May 31, 2010 at 10:57am

 **Massapequa Pirates**
Won big today behind the big bats of Greg Ferri, Dr Lou, Billy B and a bunch of others.... 7 wins 3 losses
May 29, 2010 at 5:55pm

 **Angelo Parisi** thats great keep kicking butt
May 29, 2010 at 11:06pm

 **Massapequa Pirates**
With Memorial Day upon us the Massapequa Pirates have 3 Veterans on the team, Danny Distefano from the Air Force, John Welch from the Marines and John Sechko from the Army....What were the other 14 slackers on the Pirates doing?
May 29, 2010 at 7:35am

 **Massapequa Pirates** Thanks to our three vets. Now lets take another game tomorrow!
May 29, 2010 at 1:00pm

 **Michael J Driscoll** Brian Bernhard was keeping the Throgs Neck area of the Bronx safe as a Merchant Marine officer.
May 29, 2010 at 4:14pm

 **Massapequa Pirates**
Now we have a problem, I cannot find my game belt that was used in Cooperstown...the one that I was wearing to hit a MONSTER HOME RUN. Yes I can wear another belt but it wont be the same. Is this what I need to be thinking about 12 hours before the game? Why the anxiety over a belt???? Because thats the way it is until I find it.
May 28, 2010 at 8:23pm

 **Massapequa Pirates**
Will have a home game Saturday morning at Ames. Warning to the women of Massapequa....Do not glog the roads to the field trying to get a glymps of us. If you do come to the game, thongs and bikini tops are permitted at the field.
May 27, 2010 at 12:02pm

Margaret Blum-Distefano likes this.

 **Margaret Blum-Distefano** You guys are so funny. I will be there to cheerlead for you but dont think you want the visual of me in thong or bikini lol
May 27, 2010 at 4:16pm

**Massapequa Pirates**

D01546

Case 2:09-cv-04400-ADS -WDW   Document 29-3   Filed 05/16/11   Page 31 of 66

| Chat (Offline) |
| --- |



  

**Pirates**
5 new photos

May 25, 2010 at 7:53pm · Share



**Massapequa Pirates**
Cooperstown must have listened to the warning.....They hid all their women when the Pirates came to town. Saturday, Town of Massapequa.... The Pirates have a home game. Please dont clog the roads on the way to the field looking for autographs, we will sign from 830 am to 845 ONLY.

May 23, 2010 at 8:22pm



**Massapequa Pirates**
The John Sechko Home Run ball

   **Pirate's Cooperstown Trip 2010**

May 23, 2010 at 8:15pm · Share

Lisa Gambella-Kushinsky likes this.



**Massapequa Pirates**

  

**Pirate's Cooperstown Trip 2010**
18 new photos

May 22, 2010 at 6:37pm · Share



**Greg Ferri**
Great trip. I had a blast. Photos were sent to John to post.
May 22, 2010 at 9:33am

D01547

**Chat (Offline)**



**Massapequa Pirates**
Are back from Cooperstown with a 1-1 split. Should have been 2-0....John Sechko became the 1st Pirate in team history to hit a Homerun in the famed Cooperstown. It was followed up by the 2nd Pirate Homerun by Greg Ferri...Back to back shots.
May 21, 2010 at 10:20pm

Lisa Gambella-Kushinsky likes this.



**Margaret Blum-Distefano** Awesome job pirates
May 22, 2010 at 12:17pm



**Angelo Parisi** niceeeeeeeeeeeeeeee
May 22, 2010 at 1:47pm



**Massapequa Pirates**
Tomorrow the first Pirate leaves Long Island on the trek to Cooperstown. The rest of the invasion party will be leaving 24 hours later. Attention Catskill Mountains.....I need a Sambat model CD1... 34" minus 3 weight.....in Pirate black....why did you have to break on me now?
May 17, 2010 at 8:59pm



**Massapequa Pirates**
Attention Windham Country Club...6 Pirates will be teeing off at approx 1:26pm on Wednesday. Hide your women club members....We dont want them asking us for autographs and following us around. There is not enough of us to go around!
May 17, 2010 at 7:25am



**Massapequa Pirates**
have 2 warnings to announce...Towns of Windham NY and Cooperstown NY...The Pirates will be in your towns Wednesday, Thursday and Friday. Hide your wives and girlfriends because they all want us.
May 16, 2010 at 7:22pm



**Massapequa Pirates**
Advanced to 5 wins and 1 loss today....Anybody else besides John Sechko hit a 320 foot bomb into the wind and almost over the fence?
May 16, 2010 at 7:20pm



**Angelo Parisi** nice job
May 16, 2010 at 7:52pm



**Greg Ferri**
Great night not to play baseball.
May 14, 2010 at 4:09pm

D01548

Case 2:09-cv-04400-ADS -WDW   Document 29-3   Filed 05/16/11   Page 33 of 66

**Chat (Offline)**

 **Massapequa Pirates** Yep...might a little to nice outside to play a game.
May 14, 2010 at 4:30pm

 **Massapequa Pirates**
had their first loss of the season yesterday, still in first place and ready to KICK ASS today!
May 16, 2010 at 10:16am

 **Lisa Gambella-Kushinsky** Let's hope so, otherwise you'll be drinkin whoopass!
May 16, 2010 at 2:11pm

 **Massapequa Pirates**
Suffolk County, the Pirates will be crossing over from Nassau today. Hide your wives and girlfriends because they all want us.
May 16, 2010 at 10:15am

 **Greg Ferri** They were pretty well hidden, as usual.
May 16, 2010 at 5:11pm

 **Massapequa Pirates**
http://www.youtube.com/watch?v=K1vKXmsIMKw

**OAKLAND RAIDERS Autumn Wind & Theme**
www.youtube.com
John Facenda narrates "The Autumn Wind Is A Raider" followed by the Raiders' theme song. Great highlights including "The Holy Roller"

May 14, 2010 at 4:05pm · Share

 **Massapequa Pirates** The first words say it all..."The Autumn wind is a Pirate."
May 14, 2010 at 4:05pm

 **Massapequa Pirates**
Seaford NY, the Pirates will be in your town Saturday Night....Hide your wives and girlfriends because they all want us.
May 13, 2010 at 7:08pm

John Sechko likes this.

💬 View all 4 comments

 **Daniel Jackson** Where in Seaford ?
May 14, 2010 at 2:12am

D01549

**Chat (Offline)**

 **Massapequa Pirates** Seamans neck park
May 14, 2010 at 3:56pm

 **Massapequa Pirates**
Are now 4-0 for the first time in history! Town of Baldwin, the Massapequa Pirates will be in your town Wednesday (hump day) Hide your wives and girlfriends because they all want us.

May 9, 2010 at 12:45pm

Daniel Jackson likes this.

💬 View all 5 comments

 **Brian Bernhard** Second time, we were 5-0 in 2003!
May 9, 2010 at 10:47pm

 **Greg Ferri** With every win, we are getting more fans!
May 9, 2010 at 10:48pm

 **Massapequa Pirates**
On the way to Cooperstown the Pirates will be stopping at the Windham Country Club for 18 holes of golf and drinking. Town of Windham NY....You have been warned!

May 6, 2010 at 7:36am

Greg Ferri likes this.

 **Massapequa Pirates**
How is it that we pack the house at games but we only have a few facebook fans?

May 4, 2010 at 9:34pm

 **Massapequa Pirates**



May 4, 2010 at 3:13pm · Share

 **Angelo Parisi** helloooooooooo everyone
May 4, 2010 at 6:46pm

 **Greg Ferri** Hey!
May 4, 2010 at 9:44pm

D01550

Case 2:09-cv-04400-ADS -WDW   Document 29-3   Filed 05/16/11   Page 35 of 66

**Chat (Offline)**

 **Massapequa Pirates**
The last time the Pirates were 3-0.....was never.
May 4, 2010 at 7:22am

 **Massapequa Pirates**
Anybody else on the Pirates besides John Sechko batting 600?
May 3, 2010 at 7:12pm

💬 View all 5 comments

 **Frank LoCascio** Are you guys actually worried about stats? LOL
W's are the only stat! By the way have you seen my stats? LMAO!
May 4, 2010 at 6:31am

 **Massapequa Pirates** Frank, do you guys have an Angels page?
Of course we worry about stats. The Pirates are self centered ego
maniacs.
May 4, 2010 at 7:21am

 **Massapequa Pirates**
Town of East Meadow....The Massapequa Pirates will be in your town on
Saturday. Hide your wives and girlfriends because they all want us!
May 3, 2010 at 7:33am

 **Massapequa Pirates**
Massapequa Pirates go 3-0 today.....1st place!
May 2, 2010 at 8:25pm

 **Greg Ferri** That's what I'm talking about!!!
May 2, 2010 at 8:40pm

 **Angelo Parisi** keep on kicking ass boys
May 3, 2010 at 1:53pm

D01551

Case 2:09-cv-04400-ADS -WDW   Document 29-3   Filed 05/16/11   Page 36 of 66

**Chat (Offline)**

 **Massapequa Pirates**

 

Pirates

April 26, 2010 at 6:57pm · Share

 **Massapequa Pirates**
are sponsored by McGory's...where we never get more than 2 people to show at any given time.
April 25, 2010 at 7:01pm

 **Massapequa Pirates**
Attention town of Massapequa: Hide your wives and girlfriends, the Massapequa Pirates have a home game next Sunday.....wait a minute, we're from Massapequa...our women are already in hiding.
April 25, 2010 at 12:47pm

 **Massapequa Pirates**
Huntington, It is ok to let your women out....The Pirates are not coming today due to a rainout.
April 25, 2010 at 8:08am

 **Massapequa Pirates**
Its a good thing the stats were posted.
April 23, 2010 at 4:23pm

 **Massapequa Pirates**
Is someone in charge of the stats?
April 21, 2010 at 5:17pm

 **Massapequa Pirates**
For hire: Someone to enter the team stats in a timely manor.
April 20, 2010 at 3:39pm

 **Massapequa Pirates**
Town of Huntington, the Pirates will be in your town Sunday morning. Hide your wives and Girlfriends because they all want us!
April 19, 2010 at 11:11am

**Massapequa Pirates**

D01552

Case 2:09-cv-04400-ADS -WDW    Document 29-3    Filed 05/16/11    Page 37 of 66

**Chat (Offline)**

 Massapequa Pirates are 2-0 for the first time since the begining of time. John Welch winning pitcher....I wasnt there so dont know all the details. We can still go 2-18 so lets not get all gitty.

April 18, 2010 at 4:41pm

💬 View all 5 comments

 **Greg Ferri** And the teams we beat are 2 - 0 in games not against us.

April 19, 2010 at 8:29am

 Massapequa Pirates we can still go 2 -18.

April 19, 2010 at 8:37am

 **Massapequa Pirates**

WE need more Pirate pictures posted in the fan section. If you have them, post them.

April 15, 2010 at 9:25pm

 **Massapequa Pirates**

Every Hot chic wants a cool Pirate.

April 15, 2010 at 5:11pm

 **Greg Ferri**

Big sales at Carolina Clubs. Ash $29 & Maple $65 plus shipping.

**Maple Bats by Carolina Clubs**

www.carolinaclubs.com

At Carolina Clubs we literally mean Standing timber through finished bat. We hope you enjoy shopping with Carolina Clubs. Please navigate through our site and if you have any suggestions or comments let us know.

April 13, 2010 at 10:41am · Share

 **Massapequa Pirates** Those are good prices!

April 13, 2010 at 3:38pm

 **Massapequa Pirates**

Any other Pirates cross train lastnight besides me and JW? Bowling at Commack lanes.....

April 15, 2010 at 9:51am

 **Angelo Parisi**

howd u guys do today

April 18, 2010 at 4:33pm

**Massapequa Pirates**

D01553

Case 2:09-cv-04400-ADS -WDW   Document 29-3   Filed 05/16/11   Page 38 of 66

**Chat (Offline)**



said that....A loser! Now the Pirate motto..."It doesnt matter if we win or lose, as long as I go 3 for 3."
April 15, 2010 at 7:25am



**Massapequa Pirates**
Nobody has a bigger sword then a Pirate.
April 14, 2010 at 11:01pm



**Massapequa Pirates**
We dont play games......We are the game!
April 14, 2010 at 7:51pm

Greg Ferri likes this.



**Massapequa Pirates**
Attention town of Plainview: The Massapequa Pirates will be in your town this Sunday. Hide your wives and girlfriends because they all want us!
April 14, 2010 at 1:52pm

💬 View all 6 comments



**Massapequa Pirates** Margaret...wheres Danny at? This is a mandatory board for all Pirates.
April 15, 2010 at 5:09pm



**Margaret Blum-Distefano** he isnt on facebook
April 15, 2010 at 8:55pm



**Greg Ferri**

**LIMSBL | Don't go soft–play hardball!**
www.longislandmsbl.com
A (18+) Suffolk Pirates 15 vs Bayside Bulldogs 94/12/2010 - Box ScoreDivision 1 Bayside Bulldogs 18 @ Long Island Brew Crew 54/11/2010 - Box ScoreDivision 2 Massapequa Yankees 16 vs Long Island Royals ...

April 13, 2010 at 10:14am · Share



**Massapequa Pirates**
When the Pirates come to your town, hide your wives and girlfriends because they all want us!
April 13, 2010 at 4:19pm

Greg Ferri likes this.

**Massapequa Pirates**

D01554

Massapequa Pirates                                          Page 38 of 39

| Chat (Offline) |

   

**Pirates**
17 new photos

April 13, 2010 at 3:43pm · Share

RECENT ACTIVITY

Massapequa Pirates changed their Founded.

 **Angelo Parisi**
yoooooooooooo boys whats up?? miss u guys
April 12, 2010 at 6:01pm

 **Massapequa Pirates** Angelo...NJ aint that far away!
April 12, 2010 at 6:19pm

 **Massapequa Pirates**
Next Pirate game Sunday morning 930 am vs the Plainview Yankees.
April 13, 2010 at 7:00am

 **Greg Ferri** 9:00 game Sunday. Let's get there early and ready to
play like last Sunday!
April 13, 2010 at 10:03am

 **Massapequa Pirates** Since I won't be there with my 333 batting
avg, 0.00ERA, 3 runs scored, 3 stolen bases, 4 fielding
assists.....the odds are against the pirates.
April 13, 2010 at 10:26am

 **Massapequa Pirates**
Pirates, If you have Pirate pictures that you want in the album, e mail them to
me and I'll get them in.
April 13, 2010 at 6:35am

 **Massapequa Pirates** or, you can add them as fan photos....I
wasnt sure how to do that.
April 13, 2010 at 6:37am

D01555

| **Chat (Offline)** |
|---|

 **Massapequa Pirates**
Only 2 Hardcore Pirates visited the sponsor McGory's tonight! Wake up Pirates.
April 12, 2010 at 7:51pm

 **Massapequa Pirates**
The Pirates are 1-0 after a come from behind win scoring 6 runs in the top of the 9th. The attendance at the game was said to be 430.
April 12, 2010 at 6:23pm

 **Massapequa Pirates**
This is the Massapequa Pirates page. We will post scores, results and stats. Become a fan!
April 12, 2010 at 5:52pm

**RECENT ACTIVITY**

"Those are the uniforms we need!" on Greg Ferri's photo.

 Massapequa Pirates discussed 2010 Schedule on the Massapequa Pirates discussion board.

Massapequa Pirates edited their Founded, Company Overview and Mission.

Massapequa Pirates joined Facebook.

There are no more posts to show.

Facebook © 2011 · English (US)                                                     Abou

D01556

# Exhibit 2



University Hospital of
Columbia University College
of Physicians & Surgeons

**St. Luke's-Roosevelt
Hospital Center**
Roosevelt Division
1000 Tenth Avenue
New York, NY 10019
Tel: 212 523 4000

Mark V. Sherrid, MD, FACC, FASE
Director, Echocardiography Laboratory, Roosevelt Division
Program Director, Hypertrophic Cardiomyopathy Program
Professor, Clinical Medicine
Columbia University, College of Physicians & Surgeons
Msherrid@chpnet.org
212-523-7372        Fax 212-523-7765

March 29, 2007

Hypertrophic Cardiomyopathy
Program

RE: John Welch

To File:

Mr. Welch has been having family trouble.  He is separated from his wife.  In this context, he came
to see the defibrillator monitoring electrophysiology staff because his defibrillator fired twice.
Against medical advice he had been playing softball, pitching, and had not taken his medications.  It
was their impression that this was most likely an inappropriate shock; however, we will try to get the
records from Mid Island Hospital ER about his shocks.

The defibrillator memory did not show what the arrhythmia was on this occasion.  It had been erased.

In addition, John called and indicated that he was distressed over marriage.  I tried to fit him into an
appointment on 03/20/07; this was scheduled, but he did not keep the appointment that day; it was a
No Show.

He then called this week and said that he was falling asleep while driving.  I asked him to discuss
with his psychiatrist about his medications and try to discuss his medications with him and suggested
seeing his psychiatrist more frequently since he was only going on occasion.  I suggested once a
week.

I also asked him at that time whether he was drinking or using any drugs in light of his family
difficulties.  He indicated he was not.

My sense is that John's life is, at this time, disrupted by angry recriminations.  I called him again
yesterday and left him a message and reminded him about the No Show appointment and told him
that I would be happy to see him to check out his heart. (Although on the phone it sounded as if he
was falling asleep at the wheel and not having syncope.)

I discussed the situation with his sister who called and was angry over a variety of issues.  We will
continue to extend ourselves to John for his care.

    
D0925

# Exhibit 3

3

John Welch

Did your H: **Prevent you from living as you wanted in the last month by:** 7/10/07

| | No | very little | | | | very much |
|---|---|---|---|---|---|---|
| 1. Causing swelling on your ankles, legs etc? | (0) | 1 | 2 | 3 | 4 | 5 |
| 2. Making your working in house/yard difficult? | 0 | (1) | 2 | 3 | 4 | 5 |
| 3. Making your relating to do things with Friends or family difficult? | (0) | 1 | 2 | 3 | 4 | 5 |
| 4. Making you sit or lie down to rest in day? | 0 | 1 | (2) | 3 | 4 | 5 |
| 5. Making you tired/fatigued or low on energy? | 0 | 1 | (2) | 3 | 4 | 5 |
| 6. Making your working to earn a living difficult? | (0) | 1 | 2 | 3 | 4 | 5 |
| 7. Making walking or climbing stairs difficult? | 0 | (1) | 2 | 3 | 4 | 5 |
| 8. Making your sleeping at night difficult? | 0 | 1 | 2 | 3 | 4 | (5) |
| 9. Making you short of breath? | 0 | (1) | 2 | 3 | 4 | 5 |
| 10. Making you eat less of the foods you like? | (0) | 1 | 2 | 3 | 4 | 5 |
| 11. Making your going places away from home difficult? | (0) | 1 | 2 | 3 | 4 | 5 |
| 12. Making your sexual actives difficult? | (0) | 1 | 2 | 3 | 4 | 5 |
| 13. Making recreational pastimes, sports or hobbies difficult? | (0) | 1 | 2 | 3 | 4 | 5 |
| 14. Making it difficult for your to concentrate or remember things? | 0 | 1 | 2 | (3) | 4 | 5 |
| 15. Giving you side effects form medication? | (0) | 1 | 2 | 3 | 4 | 5 |
| 16. Making you worry? | (0) | 1 | 2 | 3 | 4 | 5 |
| 17. Making you feel depressed? | (0) | 1 | 2 | 3 | 4 | 5 |
| 18. Costing you money for medical care? | (0) | 1 | 2 | 3 | 4 | 5 |
| 19. Making you feel a loss of self control in your life? | (0) | 1 | 2 | 3 | 4 | 5 |
| 20. Making you stay in hospital? | (0) | 1 | 2 | 3 | 4 | 5 |
| 21. Making you feel you are a burden to your family and friends? | (0) | 1 | 2 | 3 | 4 | 5 |

sleep apnea + RLS !!

D0942

# Exhibit 4

Employee
ID
0366165

# UPS Employee History Profile

| Employee Name | Employee ID | Job Function Code | Employment Date | Grade Level |
|---|---|---|---|---|
| Welch, John | 0366165 | ENG | 3/17/1987 | 014 |

## GEMS Job History (Starts from March 1999)

| Region | District | Action Type Code | Reason Type Code | Effective Date | Job Class | Job Group Description |
|---|---|---|---|---|---|---|
| 07 -East | 20 - North Atlantic | DTA | SPS | 01/03/2011 | Ie Op Imprv Sup | FT Supervisor |
| 07 -East | 20 - North Atlantic | DTA | CHD | 09/27/2010 | Ie Op Imprv Sup | FT Supervisor |
| 07 -East | 20 - North Atlantic | JRC | JRC | 09/06/2010 | Ie Op Imprv Sup | FT Supervisor |
| 07 -East | 20 - North Atlantic | DTA | CHD | 04/26/2010 | Pkg Inside Supv | FT Supervisor |
| 07 -East | 20 - North Atlantic | XFR | ROR | 04/02/2010 | Pkg Inside Supv | FT Supervisor |
| 07 -East | 26 | RFL | RFL | 07/08/2009 | Pkg Inside Supv | FT Supervisor |
| 07 -East | 26 | LOA | PTD | 06/22/2009 | Pkg Inside Supv | FT Supervisor |
| 07 -East | 26 | RFL | RFL | 03/25/2009 | Pkg Inside Supv | FT Supervisor |
| 07 -East | 26 | DTA | CHD | 01/16/2009 | Pkg Inside Supv | FT Supervisor |
| 07 -East | 26 | DTA | ROR | 01/07/2009 | Pkg Inside Supv | FT Supervisor |
| 07 -East | 26 | LOA | PTD | 01/05/2009 | Pkg Inside Supv | FT Supervisor |
| 07 -East | 26 | RFL | RFL | 11/04/2008 | Pkg Inside Supv | FT Supervisor |
| 07 -East | 26 | LOA | PTD | 08/25/2008 | Pkg Inside Supv | FT Supervisor |
| 07 -East | 26 | DTA | CHD | 07/07/2008 | Pkg Inside Supv | FT Supervisor |
| 07 -East | 26 | RFL | RFL | 06/02/2008 | Pkg Inside Supv | FT Supervisor |
| 07 -East | 26 | LOA | PTD | 01/11/2008 | Pkg Inside Supv | FT Supervisor |
| 07 -East | 26 | RFL | RFL | 12/19/2007 | Pkg Inside Supv | FT Supervisor |
| 07 -East | 26 | LOA | PTD | 12/18/2007 | Pkg Inside Supv | FT Supervisor |
| 07 -East | 26 | DTA | CHD | 10/11/2007 | Pkg Inside Supv | FT Supervisor |
| 07 -East | 26 | RFL | RFL | 07/24/2007 | Pkg Inside Supv | FT Supervisor |
| 07 -East | 26 | LOA | PTD | 07/02/2007 | Pkg Inside Supv | FT Supervisor |
| 07 -East | 26 | JRC | JRC | 10/19/2006 | Pkg Inside Supv | FT Supervisor |
| 07 -East | 26 | JRC | JRC | 10/01/2005 | District Chsp Supervisor | FT Supervisor |
| 07 -East | 26 | DTA | CHE | 08/01/2005 | Pkg Inside Supv | FT Supervisor |
| 07 -East | 26 | DTA | CHD | 05/05/2004 | Pkg Inside Supv | FT Supervisor |
| 07 -East | 26 | RFL | RFL | 03/18/2004 | Pkg Inside Supv | FT Supervisor |
| 07 -East | 26 | JRC | JRC | 01/02/2004 | Pkg Inside Supv | FT Supervisor |
| 07 -East | 26 | LOA | PTD | 09/25/2003 | On Road Supervisor | FT Supervisor |
| 07 -East | 26 | RFL | RFL | 06/02/2003 | On Road Supervisor | FT Supervisor |
| 07 -East | 26 | LOA | PTD | 05/08/2003 | On Road Supervisor | FT Supervisor |
| 07 -East | 26 | XFR | ROR | 03/28/2003 | On Road Supervisor | FT Supervisor |
| 07 -East | 23 | DTA | CHD | 11/05/2002 | On Road Supervisor | FT Supervisor |
| 07 -East | 23 | JRC | JRC | 03/04/2002 | On Road Supervisor | FT Supervisor |
| 07 -East | 23 | DTA | CHD | 03/13/2001 | Preload Supv | FT Supervisor |
| 07 -East | 23 | DTA | CHD | 09/01/2000 | Preload Supv | FT Supervisor |
| | | JRC | JRC | 09/01/2000 | Preload Supv | FT Supervisor |

D 01124

| Region | District | Action Type Code | Reason Type Code | Effective Date | Job Class | Job Group Description |
|--------|----------|------------------|------------------|----------------|-----------|----------------------|
| 07 -East | 23 | DTA | CHD | 03/13/1999 | Business Mgr | Mid Manager |

Records 1 - 37 (All Records)

## Job History (Prior to Mar 1999)

| Region | District | Effective Date | Job Change Reason | Job Class Description | Type Employment Description |
|--------|----------|----------------|-------------------|----------------------|----------------------------|
| 07 - East | 23 - West Long Island | 9/1/1998 | Lateral | Business Mgr | Full-Time Manager Operations |
| 07 - East | 23 - West Long Island | 1/26/1998 | Promotion | Hub Manager | Full-Time Manager Operations |
| 07 - East | 23 - West Long Island | 6/1/1997 | Lateral | On Road Supervisor | Full-Time Supervisor Operations |
| 07 - East | 23 - West Long Island | 8/1/1996 | Lateral | On Road Supervisor | Full-Time Supervisor Operations |
| 07 - East | 23 - West Long Island | 6/1/1994 | Lateral | Preload Supv | Full-Time Supervisor Operations |
| 07 - East | 23 - West Long Island | 1/1/1989 | Promotion | On Road Supervisor | Full-Time Supervisor Operations |
| 07 - East | 23 - West Long Island | 9/1/1988 | Relocation | Package Driver | Full-Time Union Hourly |
| 07 - East | 23 - West Long Island | 9/1/1987 | Promotion | Intl Oper Supv | Part-Time Supervisor Operations |
| 07 - East | 23 - West Long Island | 3/17/1987 | Start | Sorter - Pm | Part-Time Union Hourly |

## Education

| Graduation Date | School | Major | Education Level |
|-----------------|--------|-------|-----------------|
| 01/01/9999 | Adelphi University | Other | College Junior |
| 05/26/2008 | | | Bachelors |
| 06/01/1988 | Kingsborough Cmty College | Business, Genl | Associates Degree |

## Training

Records 1 - 167 (All Records)

| Training Date | Training Course Code | Training Course Name | Student / Instructor | Internal / External |
|---------------|---------------------|----------------------|----------------------|---------------------|
| 01/28/2011 | 0566 | Cd/Dps Workshop | Student | Internal |
| | 0738 | Data Management Workshop | Student | Internal |
| | 0785 | Pds Training | Student | Internal |
| 11/03/2010 | 0441 | Loop Principles & Cd | Student | Internal |
| | 0566 | Cd/Dps Workshop | Student | Internal |
| | 0780 | Data Management Cbt | Student | Internal |
| | 0905 | Area Trace Cbt | Student | Internal |
| 08/19/2010 | 0112 | Safe Work Methods | Instructor | Internal |
| | 0117 | Space And Visibility | Instructor | Internal |
| | 0184 | Vehicle Safety Trng-Vsta | Instructor | Internal |
| 08/18/2010 | 0112 | Safe Work Methods | Instructor | Internal |
| | 0117 | Space And Visibility | Instructor | Internal |
| 05/23/2010 | 0112 | Safe Work Methods | Instructor | Internal |
| | 0117 | Space And Visibility | Instructor | Internal |
| 05/11/2010 | 0111 | Injured Emply Procedure | Student | Internal |
| | 0581 | Yard Control Certified Emp | Student | Internal |
| | 1029 | Declaration Management Commit | Student | Internal |
| 05/08/2010 | 1380 | Egress Training | Student | Internal |
| 03/11/2010 | 0183 | Lockout Affected | Student | Internal |
| | 0192 | Conveyor Securing | Student | Internal |
| | 0226 | Hazmat,Hazcomm Gen,Emer Resp | Student | Internal |

D 01125

| Training Date | Training Course Code | Training Course Name | Student / Instructor | Internal / External |
|---|---|---|---|---|
| | 0582 | Yard Control Non-Certified Emp | Student | Internal |
| | 1113 | Ups Stretching Video | Student | Internal |
| 02/23/2010 | 1029 | Declaration Management Commit | Student | Internal |
| 10/08/2009 | 0164 | Drug & Alcohol Awareness Cert. | Student | Internal |
| | 0218 | Shrmis Intake Training | Student | Internal |
| 09/22/2009 | 1357 | Rci - Competitive Landscape | Student | Internal |
| | 1366 | Rci Pkg Certification | Student | Internal |
| 09/09/2009 | 0528 | Focus On Compliance | Student | Internal |
| 06/08/2009 | 1391 | Payroll Tools | Student | Internal |
| 05/11/2009 | 1354 | Hohider Lit Hold Memo 2009 | Student | Internal |
| 04/20/2009 | 1336 | Non-Unionworkforcemnustraining | Student | Internal |
| 04/17/2009 | 0111 | Injured Emply Procedure | Student | Internal |
| | 0183 | Lockout Affected | Student | Internal |
| | 0192 | Conveyor Securing | Student | Internal |
| | 0226 | Hazmat,Hazcomm Gen,Emer Resp | Student | Internal |
| | 0581 | Yard Control Certified Emp | Student | Internal |
| | 1029 | Declaration Management Commit | Student | Internal |
| | 1049 | Eap And Work/Life Mgt Online | Student | External |
| | 1113 | Ups Stretching Video | Student | Internal |
| | 1380 | Egress Training | Student | Internal |
| 11/11/2008 | 0421 | Dot Hours Of Service | Student | Internal |
| 07/16/2008 | 0566 | Cd/Dps Workshop | Student | Internal |
| | 0738 | Data Management Workshop | Student | Internal |
| | 0765 | Pds Training | Student | Internal |
| 06/13/2008 | 0111 | Injured Emply Procedure | Student | Internal |
| | 0183 | Lockout Affected | Student | Internal |
| | 0192 | Conveyor Securing | Student | Internal |
| | 0226 | Hazmat,Hazcomm Gen,Emer Resp | Student | Internal |
| | 0581 | Yard Control Certified Emp | Student | Internal |
| 04/10/2008 | 0179 | Empl Safety Trng (Esta) | Student | Internal |
| | 0184 | Vehicle Safety Trng-Vsta | Student | Internal |
| 11/30/2007 | 1123 | Hohider Lit Hold Memo 2007 | Student | Internal |
| 11/29/2007 | 0112 | Safe Work Methods | Student | Internal |
| 11/02/2007 | 1108 | Introduction To International | Student | Internal |
| 09/07/2007 | 0192 | Conveyor Securing | Instructor | Internal |
| | 0226 | Hazmat,Hazcomm Gen,Emer Resp | Instructor | Internal |
| | 0582 | Yard Control Non-Certified Emp | Instructor | Internal |
| 08/16/2007 | 0183 | Lockout Affected | Student | Internal |
| | 0192 | Conveyor Securing | Student | Internal |
| | 0226 | Hazmat,Hazcomm Gen,Emer Resp | Student | Internal |
| | 0582 | Yard Control Non-Certified Emp | Student | Internal |
| 08/14/2007 | 0192 | Conveyor Securing | Instructor | Internal |
| | 0226 | Hazmat,Hazcomm Gen,Emer Resp | Instructor | Internal |
| | 0581 | Yard Control Certified Emp | Instructor | Internal |
| 07/17/2007 | 0112 | Safe Work Methods | Instructor | Internal |
| | 0117 | Space And Visibility | Instructor | Internal |

D 01126

| Training Date | Training Course Code | Training Course Name | Student / Instructor | Internal / External |
|---|---|---|---|---|
| 06/29/2007 | 0903 | Unscheduled Package Tendering | Student | Internal |
| 06/27/2007 | 0528 | Focus On Compliance | Student | Internal |
| | 0903 | Unscheduled Package Tendering | Student | Internal |
| | 1095 | Records Management Compliance | Student | Internal |
| 06/18/2007 | 0164 | Drug & Alcohol Awareness Cert. | Student | Internal |
| 03/06/2007 | 1032 | Safe Work Mthds Trng Overview | Student | Internal |
| 02/01/2007 | 0179 | Empl Safety Trng (Esta) | Student | Internal |
| 06/21/2006 | 0403 | Qip Certification | Student | Internal |
| 06/15/2006 | 0183 | Lockout Affected | Student | Internal |
| | 0192 | Conveyor Securing | Student | Internal |
| | 0226 | Hazmat,Hazcomm Gen,Emer Resp | Student | Internal |
| | 0582 | Yard Control Non-Certified Emp | Student | Internal |
| 04/27/2006 | 0807 | Anti-Corruption Mgt. Briefing | Student | Internal |
| 03/27/2006 | 0146 | Antitrust Compliance Training | Student | Internal |
| | 0288 | Insider Trading Training | Student | Internal |
| 03/21/2006 | 0457 | Information Use And Security | Student | Internal |
| 03/07/2006 | 0184 | Vehicle Safety Trng-Vsta | Student | Internal |
| 02/24/2006 | 0047 | One Vision Train-The-Trainer | Student | Internal |
| 02/15/2006 | 0179 | Empl Safety Trng (Esta) | Student | Internal |
| | 0184 | Vehicle Safety Trng-Vsta | Student | Internal |
| 12/28/2005 | 0299 | Anti-Corruption Training | Student | Internal |
| 06/29/2005 | 0582 | Yard Control Non-Certified Emp | Student | Internal |
| 06/24/2005 | 0183 | Lockout Affected | Student | Internal |
| | 0192 | Conveyor Securing | Student | Internal |
| | 0226 | Hazmat,Hazcomm Gen,Emer Resp | Student | Internal |
| 05/27/2005 | 0559 | Post Ors Basic Training Wkshop | Student | Internal |
| 03/08/2005 | 0047 | One Vision Train-The-Trainer | Student | Internal |
| 02/09/2005 | 0216 | Technical Skills Workshop | Student | Internal |
| | 0714 | Network & Basic Comms Sem | Student | Internal |
| | 0720 | Information Svcs Mgr Sch | Student | Internal |
| 11/19/2004 | 0538 | Helper Training Phase Ii & Iii | Student | Internal |
| | 0539 | Planning For Helper Areas | Student | Internal |
| 08/31/2004 | 0457 | Information Use And Security | Student | Internal |
| 07/13/2004 | 0114 | Safe Work Habits | Student | Internal |
| 06/16/2004 | 8036 | I.S. Computer Orientation | Student | Internal |
| 05/11/2004 | 0472 | Cof - Driver Follow-Ups | Student | Internal |
| 03/24/2004 | 0047 | One Vision Train-The-Trainer | Student | Internal |
| 06/03/2003 | 0047 | One Vision Train-The-Trainer | Student | Internal |
| 04/14/2003 | 0020 | Focus On Compliance 2003 | Student | Internal |
| 04/01/2003 | 0192 | Conveyor Securing | Student | Internal |
| | 0226 | Hazmat,Hazcomm Gen,Emer Resp | Student | Internal |
| 01/13/2003 | 0289 | Our Company Video | Student | Internal |
| 11/22/2002 | 0168 | Eri Foll/Up Session | Student | Internal |
| 09/16/2002 | 0804 | Int'L Shpmnt Acceptance Trng | Instructor | Internal |
| 07/01/2002 | 0117 | Space And Visibility | Instructor | Internal |
| 06/01/2002 | 0207 | Contract Ratification Refresh | Student | Internal |

D 01127

| Training Date | Training Course Code | Training Course Name | Student / Instructor | Internal / External |
|---|---|---|---|---|
| 05/01/2002 | 0208 | Code Of Business Conduct | Student | Internal |
| | 0277 | Legacy/Partnering Presentation | Student | Internal |
| 04/01/2002 | 0192 | Conveyor Securing | Student | Internal |
| | 0226 | Hazmat,Hazcomm Gen,Emer Resp | Student | Internal |
| 03/01/2002 | 0118 | Space&Visibility- Cd Rom | Student | Internal |
| 02/01/2002 | 0289 | Our Company Video | Student | Internal |
| 11/01/2001 | 0149 | Lrng Map 5 - Invstg To Grow | Instructor | Internal |
| 06/01/2001 | 0147 | Focus On Compliance 2001 | Student | Internal |
| 05/01/2001 | 0149 | Lrng Map 5 - Invstg To Grow | Student | Internal |
| 04/01/2001 | 0152 | Cst & Alcohol Regs Overview | Student | Internal |
| | 0204 | Labor Rel Manager'S Workshop | Student | Internal |
| 03/01/2001 | 0114 | Safe Work Habits | Student | Internal |
| | 0117 | Space And Visibility | Student | Internal |
| | 0230 | Pkg Drivr Trng Sch (Pdts) | Student | Internal |
| 01/01/2001 | 0403 | Qip Certification | Student | Internal |
| 01/01/2000 | 0158 | Lrng Map 4 - Enblg Global Comm | Student | Internal |
| 11/01/1999 | 0168 | Erl Foll/Up Session | Student | Internal |
| 03/01/1999 | 0200 | Bccp Recurrent Training | Student | Internal |
| 02/01/1999 | 0199 | Lrng Map 2 - Go Global | Student | Internal |
| 11/01/1998 | 0105 | Prof Conduct Policy Review | Student | Internal |
| | 0999 | Delivering Our Future '98 | Instructor | Internal |
| 09/01/1998 | 0240 | Bus Conduct Compli Progrm | Student | Internal |
| | 0999 | Delivering Our Future '98 | Student | Internal |
| 06/01/1998 | 0192 | Conveyor Securing | Instructor | Internal |
| | 0226 | Hazmat,Hazcomm Gen,Emer Resp | Instructor | Internal |
| 03/01/1998 | 0169 | Edr Employee Trng (Intro) | Student | Internal |
| 02/01/1998 | 0198 | Wrkpl Violence Prevnt Program | Student | Internal |
| 02/01/1997 | 0866 | Build Emp Rel Thr Commun | Student | Internal |
| 06/01/1996 | 0990 | Quality At Work | Student | Internal |
| | 0992 | Trust And Teamwork | Student | Internal |
| 02/01/1996 | 0137 | Career Development Workshop | Student | Internal |
| | 0931 | Quality Improvement Process | Student | Internal |
| 11/01/1995 | 0183 | Lockout Affected | Student | Internal |
| 07/01/1995 | 0110 | Accident Invest Workshop | Student | Internal |
| 05/01/1995 | 0111 | Injured Emply Procedure | Student | Internal |
| | 0899 | Haz Matls (Dot)-Cust Service | Student | Internal |
| 04/01/1995 | 0150 | Cst Mgt Training Prior To 3/95 | Student | Internal |
| | 0165 | Employee Assistance Proced Ove | Student | Internal |
| 03/01/1995 | 0804 | Int'L Shpmnt Acceptance Trng | Student | Internal |
| 12/01/1994 | 0151 | Alcohol Training/Handbook | Student | Internal |
| 10/01/1994 | 0179 | Empl Safety Trng (Esta) | Student | Internal |
| 08/01/1994 | 0177 | Impart Empl & Promo Trng | Student | Internal |
| 07/01/1993 | 0296 | Professional Relationships | Student | Internal |
| 05/01/1993 | 0197 | Ada Procedures Overview | Student | Internal |
| | 0432 | Dvlp Our Skills-Select & Prep | Student | Internal |
| 04/01/1993 | 0171 | Empl Relations Comm Workshop | Student | Internal |

D 01128

| Training Date | Training Course Code | Training Course Name | Student / Instructor | Internal / External |
|---|---|---|---|---|
| 02/01/1993 | 0217 | Image Of Quality Workshop | Student | Internal |
| 06/01/1991 | 0295 | Linking Diversity | Student | Internal |
| 01/01/1991 | 0230 | Pkg Drivr Trng Sch (Pdts) | Student | Internal |
| 08/01/1989 | 0235 | People Workshop | Student | Internal |
| 07/01/1989 | 0260 | Supv Basic Trng School (Sbts) | Student | Internal |
| 02/01/1989 | 0220 | New Management Orientation | Student | Internal |
| 03/01/1988 | 0205 | Labor Rel Wkshp - Staff Mgmt | Student | Internal |
| 01/01/1988 | 0220 | New Management Orientation | Student | Internal |

D 01129

# Exhibit 5

To: Jerry McDonough (c.c. C. Owen, G. Gary, File)
Fr: Dan Daly
Re: John Welch
Da: 08/25/00

On Wednesday 08/23/00, I interviewed local sort manager John Welch in regard to a serious service failure investigation. The "incident" related to this matter is as follows;

- 152 "old" DIR's (DAMAGE INSPECTION REPORTS) not entered into the system
- several "old" packages in the cage (dating back to March 2000)

several of these "old" packages / DIR's already had claims issued on them

Present at this meeting were Foster Division Manager Gerry Gary, District Damage Recovery Manager Ralph Fargardo, John Welch and myself.

I began the meeting by reviewing with John that I had known him for over 2 years and that he was a good person who I believed cared very much about the people he worked around as well as the company he worked for. With that said, I clearly stated to John that the issue we were about to review was of a very serious nature and that it is being classified as a "SERIOUS SERVICE FAILURE INVESTIGATION".

I asked John what was the procedure for processing "damages, fall-outs or rewraps" on the local sort. He explained that "Rocky" does them (Rocky Elliot is a f/t clerk assigned to the local sort). I asked him who Rocky Elliot reports to. He stated that he "was reporting to JC" (Jonathan Cronston). I asked him who is he reporting to now. John was ambiguous with his response, until finally he acknowledged that he has the bottom line responsibility for "Rocky".

I asked John how he could possibly allow this to happen. He is the leader of this operation and the "bottom line" responsibility lies with him. John began to get very defensive and upset. Several times he stated "oh.......your looking for a fall guy.........and I guess that is me".

I told John that I am holding him responsible for this very significant service failure. I told John that I could not allow this type of incident to go unaddressed. I told him that that he, as the leader of the operation is responsible for all elements of the sort. I told him that if it was simply a matter of "looking for a fall guy" it would be real easy ----- it would be him as the leader I would hold responsible. I told him that I was giving him an opportunity to explain to me how this was allowed to happen.

John then stated that he "told Cindy" (former Foster Division Manager Cindy Miller) that "with JC leaving ---- he did not have anyone for the clerks --- but he would look after it until someone was placed there". I told John that he did not "look after it" ----- if he had done so, we would not have had this terrible situation.

John then said "nobody ever trained me on what to do with the clerks". I asked John how could he be the sort manager and be "looking over the clerks" and not have a clue what the clerks do? He again became very ambiguous and stated over and over how much he "gives his heart and soul to the company every night........this is a war........we have to fight on the frontline every night........"

I told John that he was getting off the subject. This is not the first time this has occurred on his sort ---- it had occurred on a smaller scale last year. John did not respond. I told him that what he stated as "reasons or excuses" for these happenings were unacceptable. The time to ask for help is "before" a terrible incident ---- not after. I told John that I wanted him to give this matter some serious thought. I

asked him to provide me with a write up on his explanation of the circumstances that occurred (attached).

I then asked John if there was anything else that he wanted to state. He replied "no". I asked Gerry Gary or Ralph Fargardo if there was anything else they wanted to add. They said "no". The meeting was closed.

After reviewing the facts and circumstances of this incident, conducting my interview with John Welch and reviewing his write up, it is the opinion of the undersigned that John was negligent in his responsibilities as the sort manager and should be held accountable for this serious service failure.

# Exhibit 6

September 01, 2000

The Honorable James P. Kelly
Chairman, Chief Executive Officer
United Parcel Service of America
55 Glenlake Parkway
Atlanta, Georgia    30328

Dear Sir,

  It is with great anticipation and anxiety that I address you directly Mr. Kelly. I have thought long and hard before writing this letter. I now feel that this is my only course of action. Our policy book states that honesty and Integrity have always been the foundation of our company's character. It is because of this policy, I have reached out to the ultimate authority in our organization. Integrity, being our greatest asset, is vital to our continued growth and success. Please honor me with the respect of your attention to this matter, which is personally and professionally disturbing to me.

  My name is John Welch. I am a Business Manager in the Foster Avenue Facility in the West Long Island District. My present assignment is on the Local Sort Operation. I have been in that capacity since September 1999. I began my career as a part timer, and was soon promoted through the ranks. I was a Part Time Supervisor, Package Driver, and On Car Supervisor. I was promoted to Business Manager three years ago. I served in the Marine Corps eight years prior to coming to UPS. I want to now discuss a situation, which has caused me great pain in the past few weeks.

  The Foster Avenue Local Sort is where I hang my hat. I have come to believe that UPS does conduct business fairly, honestly, and ethically. However, this has not been the case in West Long Island. A recent turn of events has opened my eyes to some very unscrupulous dealings. Our commitment must go beyond the law. We must also consider what is morally correct. On August 23rd, 2000, I was called to my Division Managers office. Upon arrival at Gerrais Gary's office, I met with Loss Prevention Division Manager Dan Daly. The reception was less than customary. Dan wanted to discuss with me the reason why the DIR's (Damage Inspection Reports ) were not key entered in a timely basis. I had no knowledge that they were in a state of neglect. I did want to discuss the matter and help resolve the problem at hand. This was not an option available to me. In fact, the only objective was to lay blame on me for the work not getting done. I understood that it was a serious service issue. I also attempted to make both Gerrais and Dan aware that I had no knowledge of any clerical negligence, which may have contributed to this mishap. I kept getting cornered and soon felt the intensity rise in the room. I knew that there was a predetermined outcome, which did not fall in my favor. Quite often, the desired results are to find someone responsible, rather than correcting the problem itself.  The business conducted in that office was not in keeping with the best judgement and ethics of our company. I was told to accept full responsibility for the crime of negligence. One must know all the facts before any judgement is made.

  The Foster Avenue Clerical Operation has always had a full time supervisor in charge of them. I never remember them being without one. Last year James Edgette left the company. He supervised the clerks for nearly two years. He worked 12-hour days, and understood the job and all of its technological and operational needs. When Jim left, he passed the responsibility on to Jonathan Croston. Jonathan soon became aware and proficient in the duties charged to him. On or about July 15th, Jonathan was transferred to the Kensington Center as an On Car Supervisor. We felt it important enough to have a full time supervisor in charge of these clerks for as long as this building has been open. How then, can we

expect that 10 to 12 hours of supervision eliminated would lend to a satisfactory result? We all know that it is a plan to fail.  I asked our Division Manager at the time, Cindy Miller, who the replacement would be. She said, *"Hang in there"*, *"We are working on getting James Barton."* Needless to say, this move never happened. Because the Clerical Operation coexisted with my operation, I pieced together what would be classified as a basic knowledge of the clerk job. The Local Sort runs simultaneous to the Clerical operation. Because of the much larger and demanding Local Sort operation, my involvement with the clerks was very superficial. I felt that things were held together and that the job was getting done. Here is where the problem lies. How can I be held responsible for a job that was not charged to me? I was not trained. I was not given any understanding of the job details. I was not given a Job Breakdown Analysis. I was not even told what to look for. I know that I held together pretty well despite the lack of ammunition given me to do the job.

I tried in vain to change Dan and Gerrais from continuing their course of destruction. They felt it was necessary that I accept the blame.  I tried to steer them into the direction of problem solving. The forum was not one in which any positive and corrective suggestions were going to be heard. I left the office more confused than when I entered. The problems do not end here. Dan asked for a write up, in which I willingly obliged his request.

On Friday, August 25th, at approximately 2130, I received a call from Jonathan Croston. He told me to be in Craig Owens' office on Monday at 1400. Craig is our District Human Resource Manager. I knew by the tone, that it was not a very good meeting. Why would a Division Manager entrust the passing of such confidential matter to a supervisor? I was bothered that Gerrais decided to exclude himself from the notification process. Gerrais surely departed from the principles of clean sportsmanship and high morality when he did this. Nevertheless, I spent the weekend wondering what would occur on Monday when I reported to the District H.R. Mgr. I felt powerless because I knew that the angle of attack was not a straight forward one.

When I arrived promptly at 1355, Gerrais Gary and Craig Owens met me. On the desk was my write up to Dan Daly. Craig immediately began to discuss the letter. He even stated that it was what precipitated the meeting. Highlighted was the sentence where I stated that,*"I refuse to accept any responsibility for the problem in the context in which it was related to me"*.  I meant exactly that. I was sent to war with a peashooter. How could I supervise anyone without first knowing their job? I can't understand why I am in this predicament after explaining this to Gerrais and Dan. The very same opposition I met in Gerry's office was now carrying over into Craig's office. I thought that I was finally going to speak to someone who would actually listen and respond with empathy. Craig showed even less remorse. I felt the same pressure from Craig as I did Gerrais and Dan. Every response was countered with an even more ridiculous understanding of the problem. Because I am a Business Manager at United Parcel Service, does not give someone the right to penalize me unjustly. In fact, a partner should receive more consideration. For window dressing, Gerrais took out my last week's misloads. He stated that the frequency was unacceptable. I knew that at this point that Garrais was merely grasping for nails to drive into my coffin. I believe this to be an additional effort to force me to crumble under the pressure. They failed to do their homework with this as well. Our raw numbers of misloads were 429. Our frequency of misloads was 1 per 298. Our total volume for the week was 127,842. This failure rate is less than .50 %. In response to Gerrais' accusation of this being an unacceptable number, I stated that almost half of them were **not** misloads. While they show up on the Misload Reporting System, they still remain as good flows. I sent packages to the Meadowlands hub as a normal overflow. They come back as misloads, because someone on the destination end erroneously miscoded them as misloads. The MRS system is a great "tool" to help us determine our misload problems. It is not error free by any stretch of the imagination. Because of my response, Craig decided to take a break in the meeting to confirm my allegations. They discussed the misloads for that week with Mike Hughes, the District Industrial Engineering Manager. Mike went into the MRS system and found packages coded as misloads, which were good flows. He supported my claims by doing so.

The end result was that Gerrais and Craig decided that I could not remain as a Manager at United Parcel Service. Their decision was to reduce me to Supervisor and to transfer me to the Island City Preload. I told Craig that this decision was unacceptable to me. He and Gerrais decided that this was the decision that they were going to stand by. I then asked Craig for a written detailed and factual basis for his decision. Craig responded by saying, "*We don't do that*". I told Craig that it was imperative for me to receive this documentation. He said that my request was "*duly noted*". It is not an easy task to live up to both the letter and spirit of our commitment. The "*right thing to do*" is not obvious to these gentlemen. Their vision is either not clear, or they have been instructed to act in such a manner. I was not sat down and spoken to prior to this for any of the above mentioned problems. The disciplinary process is one that requires serious and meticulous documentation.

I like to speak of things in correlation to how we do business on a regular basis. If a Service Provider fails to complete his job assignment and brings back missed pieces, at the end of the day, he is disciplined accordingly. Why then, would we discipline the Manager when a clerk fails to do his job. The whole truth must be told when the severity of the penalty has reached this proportion. There is a clerical supervisor assigned to the Preload Operation. She is surely aware of the DIR process. Has she been spoken to? Has the Preload clerks completed their portion of the DIR's. Has the Preload Manager been spoken to in a similar manner? I would have to say that a majority of the Damages in this building occur during the Preload Operation. Why would almost all of the Damage inputs be made during the Local Sort Operation? These and many other questions must be answered before any investigation can be complete. A Manager has been busted on August 28, 2000. Anniversary of our Founders Day. It is true to state that a miscarriage of justice has occurred.

I feel that this whole affair has been a "*witch hunt*". I happen to be the victim of an unworthy outcome of events. I refuse to accept the situation as it has turned out. I will not go away quietly like so many before have. I can not under the circumstances. I know that UPS can place me in a job of a lesser category because they have the ability to do so. I have seen it many times before. I would accept these conditions if I were guilty of even a small degree of neglect. Most disturbing to me is the feeling of betrayal from men who were considered partners. Our partnership theory is based on trust, confidence, and teamwork. None of these qualities exist in West Long Island. My character and reputation has been dragged through the dirt. All that I have done is forgotten. My years of sweat and tears were for naught. Personal sacrifice for my family and me has taken its toll. Fifteen years of merit increases, promotions, and outstanding performance appraisals washed away in the blink of an eye. My reputation in Brooklyn is unparalleled. I have a great relationship with the management team, union delegates, shop stewards, and rank and file workers. I walk proud with the knowledge that I have done my job. I consider myself to be successful in what I do. I have achieved and exceeded many of my required areas of concentration. I have exceeded my business / cost plan for each month and cumulatively for the year. The operation has had one lost time injury since October 1999. We exceeded 16,000 safe workdays. June to July comparisons showed modest to drastic improvements in Misloads, Mistoggles, and TTS exceptions. I am swiped out of the operation on the very first day of the employee opinion survey. Once a reputation has been dragged into the dirt, it may take years to recover. Some never do. My integrity, character, and reputation have been challenged. I am now going to challenge the integrity of those who have passed judgement against me.

When Gerrais Gary arrived back to Foster Avenue, why did the management team need to be nearly all replaced? One by one the managers went to Human Resources to ask out. All were moved willingly and swiftly. Alan Dorman, 25-year manager of the Marine Park center had to leave when Gerrais arrived. A year earlier, Gerrais threatened Al with bodily harm. Al went to the local Police Station to file a complaint. Stanley Scigowski, 4-year manager of the Times Plaza Center, made a quick departure after going to H.R. with his claims of Gerrais' harassment and threats. Sherman King, 1 year manager of the Kensington center arrived in Human Resources with physical evidence and documentation of Gerrais' unethical behavior. If someone wants do a complete investigation into his behavior, why don't they start with me. Gerrais knows that I do not fit into his scheme in Foster Avenue. I have too much intestinal fortitude to allow myself to be manipulated by his games. He must have forgotten that I worked with him and have seen him operate. Why doesn't someone determine the real reason why I am ousted without

provocation? We should send a team of fact finders to the many others he has threatened. Stanley Scigowski, Alan Dorman, Artie Lynn, Sherman King, Package Driver Donovan Shippey, Andrew Terjesen, and the list goes on and on. These are just a few I mention off the top of my head. Many others who choose to remain anonymous because they fear his absolute power.  Gerrais will eliminate any threats to his existence. The truth should be sought.  Gerrais is a dinosaur. However we created him. He grew up in the time when this type of terrorism was acceptable. I thought that era had come to an end. I am not so sure now. I do not bring this information as a diversion. This is relative information. I can not coexist in his world. His objectives include the sheer manipulation of the truth. Morning reports reflect not the truth, but the residual effects of his benign efforts. He lives on the dark side. I suggest an independent query into what really is going on in West Long Island. He is tolerated even though the powers to be have been informed of his ill natured and unethical code of business conduct.

Many allegations have been brought forward regarding Gerrais Gary. Why have they not resulted in his disposal? Why does he survive? Who allows this? Better yet, who hides his dirty laundry?  These allegations have been made through the years. Most recently, last week Sherman King met with Human Resources to discuss his unethical behavior. What power does he behold? What do we have to benefit by keeping a man who has walked all over our Code of Business Conduct? This is not where it stops. I see a similar thread of operation in all our levels of management in West Long Island. Fear, intimidation, and threats occupy daily life. For everything there is a consequence. "If this.... Then that" Where does it end? The body count is climbing. I am still trying to recover from accusations made in the past. Last year I was told...*"I am the type of Marine that brings home body bags"*. It is true. My hands have been red with the blood of other Marines. Yet, who in UPS qualifies to make those types of remarks intended to harm me personally. I have gone to counseling to forget my feelings of the past only to relive it through the remarks of a District Manager. I am tired of the threats, attacks, and finger pointing. The gun has been pointed, and I refuse to allow this terrorism to continue. I am waiting for a leader, but doubt that one will arrive soon.

I know that bringing this to the forefront will make the target on my back even bigger here in WLI. My intentions are to finally put a foot down for the many who couldn't or wouldn't. I can not allow someone to attack me like this. I will not go away. I will not quit or be bullied. If the end result is that I no longer work here, then so be it. I have lived up to my end of the bargain. If we are the company we claim to be, then we will address these issues.

I have grown immensely over the years. I want to continue my career path at UPS. I don't know what to do at this point. I must now challenge the decision that has been made. I will consider the EDR process. If nothing changes, I have to decide if I am willing to take this to a court of law. Better yet, should I inform the media of this misconduct? The damage has been done. I want immediate action to my problem. If someone were to come to Foster Avenue, they would certainly find through many testimonials, that I am a worthy and respected Manager. My credibility has been put on trial. It is safe to say that my integrity level interferes with those of the present administration. Maintaining our integrity - our most priceless asset - is vital to our continued growth and success. It is a responsibility each of us shares. I only ask that the right thing be done.


Respectfully Submitted



John K. Welch
Business Manager
Foster Avenue Local Sort

Cc: Lea Soupada

385

# Exhibit 7

### UNITED PARCEL SERVICE
### REQUEST FOR MEDICAL INFORMATION

Employee's Name: <u>John Welch</u>

A.  <u>Instructions</u>

The employee listed above has submitted a request for a job-related accommodation arising out of a medical condition. In order for UPS to assess the employee's request, please complete the following information and return it in the enclosed envelope to:

Wendy Marshall
Occupational Health Supervisor - Confidential
46-05 56th Road
Maspeth, NY 11378

If you have questions relating to this form or need clarification of the information requested, please call the Occupational Health Supervisor at the number listed above. If additional space is necessary, please feel free to attach additional sheets. UPS appreciates your cooperation and assistance.

B.  <u>Requested Information</u>

Attached to this form is a list of the essential functions of the employee's current position with UPS. After reviewing this list and evaluating the employee, please answer the following questions.

1.  Is the employee currently able to perform all of the physical and mental functions of his/her position?

    _____ Yes    _X_ No

2.  If the answer to Question 1 is "no," please identify the function(s) of the position that the employee is unable to perform?

    1) Not able to lift more than 30 lbs.
    2) Should avoid extremes of Exertion, ie "light duties"

2

D0548

3.   Please identify all medical condition(s), if any, that preclude or impair the employee's ability to perform the specific function(s) identified in Question 2 or any other function of the position. For each impairment identified, please describe its nature and effect, e.g. if the employee is limited in the ability to walk, identify the length of time the employee is able to walk without rest or restriction, if at all.

_Hypertrophic Cardiomyopathy_
_Sleep Apnea_
_Restless leg Syndrome._

4.   Is the medical condition identified in Question 3 controllable with medication or corrective devices so as to enable the employee to perform the functions of the position?

       X    Yes _____ No          If the answer is "yes," please explain

_On medication_
_has Implantable Cardiac Defibrillator._

5.   Does the medical condition(s) identified in Question 3 substantially limit the employee's ability to perform any major life activities other than working (e.g. caring for one's self, performing manual tasks, walking, seeing, hearing, speaking, breathing, lifting, learning, etc.).

       _____ Yes    X   No

6.   If the answer to Question 5 is "yes," please identify the major life activity affected by the medical condition, describe the manner in which the medical condition substantially limits that major life activity and state whether medication or other corrective devices can reduce or eliminate that substantial limitation.

3

D0549

_OVEC (b PbnT_

7.   If any tests or other diagnostic methods were used to determine this employee's abilities (e.g. a functional capacity evaluation), please list the diagnostic methods used, the date of the test and attach a copy of all diagnostic test results.

_Echo Cardiogram every year_
_ICD checked every 3 months_
_24 hour Holter Monitor every year_

Name:  _M. V. SHERER, MD_   Date: _9/15/05_
(Please Print)

Address:  _UMPA 9th floor Cardiology_
_1426 WEST 59 Street, NY, NY 10019_

Signature:  _M. _____ MD_   Telephone No. _212 892 5570_

4

# Exhibit 8

| From: | WELCH JOHN  (MAS1JKW) |
|---|---|
| Sent: | Friday, February 02, 2007 8:15 PM |
| To: | dilibero kevin (wne2kxd) |

**Attachments:** Our organization.doc



Our
organization.doc

Kevin,

   I promised to send you what I thought was a good idea heading into 2007. Well, I don't see it happening any time soon, but atleast it makes for an interesting read. Take care.

John

1

D01150

our performance shortfalls is peanuts when compared to even a single tier 3 auto accident.

As the year 2006 was approaching my division manager asked me as the Division Safety Coordinator what would be my vision in 2006. I asked that we take on the safety picture with all our people's involvement. With this not being considered, we experienced 4 of the 5 centers missing their safety goals.

United Parcel Service claims to have some of the greatest minds in the transportation industry. Being ranked in the top 10 of Fortune's 500 most admired corporations would lead you to believe that our management team has a style that is received well by our people. Business savvy has always been our trademark. One would think that the distinction bestowed by Fortune Magazine came as a result of our management culture. Our management style is years behind where it needs to be with regard o safety. Our management team is not automatically granted the respect of their subordinates through the virtue of their title. A manager doesn't necessarily equal a leader. A leader emerges through the interactions with his people. Being labeled as a manager doesn't automatically transcend an individual into an instant leader. That right is afforded by those that report to him.

One would think that my background would position me perfectly with the mindset that exists here. As a Marine Staff Sergeant, I learned early that the true measure of success with others stems from a mutual understanding and respect. Constant reminder of consequences will only lead to an eroded relationship between management and their employees. A strong team is built from the bottom up. A good leader learns that his success is derived from his people's success. If what we do is perceived as wrong, then that action is not worth our efforts. Even harsh measures can be accepted by our people if they perceive our decision is a fair one.

Speaking to a driver again and again about the same mistake is not what we want to do. There comes a time when enough is enough. At this time we must raise our level of intensity to satisfy the needed change. Providing ample opportunity for the driver to improve, paves the way for effective discipline in the future. A leader who demands respect and gives it willingly can run his business more effectively. Instead of spending half the morning disciplining his people, he can now use that time to interact with them. The use of discipline should be reserved only for those that are constitutionally incapable of improving. They will almost always present themselves to their manager.

John Madden never played a single down of football in the NFL. He is a legendary coach, not because he knows the game, but because he knows his players.

There is no magical formula one could utilize daily to foster a collaborative atmosphere in his area of responsibility. The key to unlock our people's motivation lies not in the manager's skill set or ability to apply pressure, but in his ability to touch the part of the