# Exhibit 9

## Record Information

Name: John Welch 

Page 4

| Date | Notes |
|---|---|
| 12/21/2007 | Here are some facts based on this whole situation: |
| | * Kevin DiLibero had a meeting with John in July 2007 telling John that he wanted to be informed about his medical situation at all times because he was concerned. |
| | John was given his 2 weeks owed vacation to help him get some things in order. |
| | * Kevin Had just talked with John in Suffolk during the KETER audit and specifically told John to keep Kevin DiLibero informed and communicate directly to him (KD) about any updates. |
| | * This recent letter seems to be a pattern when John has any discussion about his job. (other letters) |
| | * John also told us in the meeting that his 8 hour restrictions have been lifted. Kevin asked John to get supporting documentation about this right away to Mike Ridolfi. |
| | *This letter was unfounded, hurtful, and disrespectful to all involved especially since we have been vey inderstanding John's situation the last several months. |
| | * also note - John was originally in CHSP and was not doing well (George Barbosa) did most all the work |
| | In his last job as CHSP, he talked with Mike Scrobe and unknown to anyone agreed to move into another job - another example of poor communication (and appears as almost intentional) |
| | Once in that job, he requested to me to come back to CHSP |
| | Based on his situation, we brought him back to CHSP. |
| | Now here we are again John asking to move him back out to another job. |
| 12/24/2007 | Called John at 706 am to see where he was. John was down stairs helping on boxline 4. I told John he needed to come up stairs so we can talk about what needs to be done about his missing documentation situations that seemed to go back to excessive again. |
| | Its 855am and John is not here. |
| 1/2/2008 | Recevied a voicemail from John sent 1-1-08 at 940pm. John left a message that he would take some days off as per my request to take any days owed to him. His voicemail said that he would take Wed 1/2/08 and that he came in on New Yea Eve. I did not ask him to work that day nor was I asked by anyone for help in the Melville building. |
| | I fowarded John;s voicemail to kevin DiLibero on Wed 1-3-08 to keep him informed. |
| 1/3/2008 | Got another voicemail from John saying he needs another day off to still tie up some loose ends. This was the day of the CHSP meeting that I told John he neede to be at and he could take any other days off. The meeting was ultimaetly canceled anyway by Kevin DiLibero because of extra volume in district. Fowrded voicemail to Kevin D. |
| 1/4/2008 | Leaves message on cell voicemail that he is in work and is not sure if he should go to the meeting (meeting was Thursday-yesterday) but he thought it was Friday. |
| 1/7 - 1/11/08 | John out all week on LT disability |
| 1/14/2008 | talked with Kevin D about John's return on Tuesday 1-15-08 |
| 1/23/2008 | Received voicemail from Ridolfi from John Welch about him contacting Irene Gordon about scheduling a RTW at Doc Care in Hauppauge to confirm appoint. He has appointment on Thursday 1/24/08 |