# Exhibit 67

**Original Transcript**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOHN WELCH,

          Plaintiff(s),

    vs.

UNITED PARCEL SERVICE, INC.,
d/b/a UPS,

          Defendant(s).

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

09-CV-04400

**EXAMINATION OF**

**JOHN K. WELCH**

December 8, 2010
10:55 a.m.

New York, New York

ANGELA GRANT



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 888.486.4044
Telephone:

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
www.esquiresolutions.com

JOHN K. WELCH                                    December 8, 2010

10

                              Welch

1    any administrative charges or complaints
2    against any previous employer?
3         A.    No, ma'am.
4         Q.    Have you ever filed any
5    administrative charges or complaints against
6    UPS?
7         A.    No, ma'am.
8         Q.    Have you ever filed any complaints
9    with any administrative agency against UPS?
10        A.    No, ma'am.
11        Q.    When did you first retain counsel in
12   this matter?
13        A.    It was about September of 2008.
14        Q.    Was it your present counsel?
15        A.    Yes, ma'am.
16        Q.    Did someone refer you to Ms. Sinha
17   or her law firm?
18        A.    No.
19        Q.    How did you locate them?
20        A.    Yellow Pages.
21        Q.    Before retaining Ms. Sinha's firm,
22   did you speak to any other attorneys?
23        A.    No, ma'am.
24        Q.    Did any other attorneys or law firms



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

JOHN K. WELCH

December 8, 2010

11

                        Welch

1

2     refuse to represent you?

3          A.    No, ma'am.

4          Q.    Did anyone encourage you to file a

5     lawsuit against UPS?

6          A.    No.

7          Q.    Did you confer with anyone other

8     than counsel about the filing of your lawsuit

9     against UPS?

10         A.    No.

11         Q.    Have you spoken with anyone other

12    than counsel about your lawsuit against UPS?

13         A.    No.

14         Q.    No other UPS employees?

15         A.    No.

16         Q.    Have you filed any workers

17    compensation petitions against UPS?

18         A.    No.

19         Q.    You gave your home address to the

20    court reporter.

21         A.    Yes, ma'am.

22         Q.    What was the address?

23         A.    109 Dovecote, D-o-v-e-c-o-t-e, Lane,

24    Commack, New York 11725.

25         Q.    How long have you lived at that



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

1                        Welch
2    address?
3         A.    Three and a half years.
4         Q.    Do you own this property?
5         A.    No, ma'am.
6         Q.    So you're renting?
7         A.    Yes, ma'am.
8         Q.    Does anyone else live with you at
9    this address?
10        A.    Yes.
11        Q.    Who?
12        A.    Cheryl Klewicki, K-l-e-w-i-c-k-i.
13        Q.    Who is Ms. Klewicki?
14        A.    She's my significant other.
15        Q.    Has she lived at this property with
16   you for the full three and a half years?
17        A.    Yes, ma'am.
18        Q.    Where did you live prior to the
19   Dovecote Lane address?
20        A.    I lived at 241 Coehl, C-o-e-h-l,
21   Street, Massapequa Park, M-a-s-s-a-p-e-q-u-a,
22   Park, New York 11762.
23        Q.    How long did you live at that
24   address?
25        A.    I lived at that address about seven



Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

JOHN K. WELCH                                December 8, 2010

13

1                    Welch

2    years.

3         Q.    Did anyone else live with you at

4    that address?

5         A.    Yes.

6         Q.    Who lived with you?

7         A.    Jennifer Welch.

8         Q.    Anyone else?

9         A.    Rachel Welch, R-a-c-h-el.  Brennan,

10   B-r-e-n-n-a-n, and Sarah.

11        Q.    Who are those individuals?

12        A.    Jennifer is my former wife, and

13   Rachel, Brennan and Sarah are my children.

14        Q.    What are their ages?

15        A.    Presently 16 for Rachel.  Brennan is

16   14, and Sarah is 11.

17        Q.    The Coehl Street property, did you

18   own or rent that property?

19        A.    Own.

20        Q.    Was that sold?

21        A.    No.

22        Q.    Is that still owned by your ex-wife?

23        A.    Yes.

24        Q.    Are you still married to Jennifer?

25        A.    No, ma'am.



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

JOHN K. WELCH                                           December 8, 2010

14

```
 1                    Welch
 2        Q.    When were you divorced?
 3        A.    Final was 23 October of '08.
 4        Q.    How long were you married?
 5        A.    Fifteen years.
 6        Q.    During the time that you were
 7   married, what was your wife's occupation?
 8        A.    She was a homemaker.
 9        Q.    Have you remarried?
10        A.    No.  Not yet.
11        Q.    You said you're living with your
12   girlfriend.
13              What is her occupation?
14        A.    She works for New York State
15   Assessor's Office.
16        Q.    In what capacity?
17        A.    She's just an assessor.
18        Q.    Prior to your marriage to Jennifer,
19   did you have any previous marriages?
20        A.    No.
21        Q.    Jennifer was your first marriage?
22        A.    Yes.
23        Q.    As part of your divorce, do you have
24   any child support obligations?
25        A.    Yes.
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

JOHN K. WELCH                                    December 8, 2010

15

1                    Welch
2       Q.    What are those?
3       A.    Child support is 2,300 per month.
4       Q.    And your children live with
5  Jennifer?
6       A.    Yes.
7       Q.    Do you have any alimony obligations?
8       A.    Yes.   That's 1200.   1,200.
9       Q.    Also payable to Jennifer?
10      A.    Yes.
11      Q.    At present, are you making any
12  tuition or any school payments for any of your
13  children?
14      A.    No.
15      Q.    How much is your rent presently?
16      A.    700.
17      Q.    Is that total, or is that your share
18  of the rent?
19      A.    That's my share.
20      Q.    So is the total rent 1400?
21      A.    No, that's just my contribution.
22      Q.    Other than your $700 a month rent
23  payment, do you have any other monthly
24  expenses?
25      A.    I have my phone.



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

JOHN K. WELCH                                    December 8, 2010

                                                              22

1              Welch
2      request that a copy of the 2009 --
3              MS. SINHA:   I think that may have
4      been 2009.
5              We will take the 2008 under
6      advisement and, of course, I'm going to
7      be supplementing our responses with
8      2010.
9   RQ         MS. GRAZIOSO:   Just for the record,
10     we are going to request a copy of all
11     videos that have been made.
12             MS. SINHA:   OK.
13        Q.   Have you taken or recorded any
14     videos that you have subsequently erased or
15     deleted?
16        A.   No.
17        Q.   What was the purpose for taking the
18     video recordings?
19        A.   To capture myself working out of my
20     restrictions.
21        Q.   Have you ever audiotaped any
22     conversations with anyone at UPS?
23        A.   Yes.
24        Q.   Going forward, whenever I say tape
25     record, I'm going to be referring to audio and



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

JOHN K. WELCH

December 8, 2010

23

1               Welch

2   not video.

3               What conversations have you tape

4   recorded at UPS?

5       A.    One conversation.

6       Q.    Who was that conversation with?

7       A.    It was Dan Daly.

8       Q.    Who is Dan Daly?

9       A.    Security manager at the time.

10  Division manager.

11      Q.    Do you recall the date of the

12  conversation that you recorded with Mr. Daly?

13      A.    I can give an estimate.

14      Q.    OK.

15      A.    Somewhere around February of 2009.

16      Q.    Was Mr. Daly's role at that time

17  security manager?

18      A.    Yes.

19      Q.    Was he in any reporting chain of

20  yours?

21      A.    No.

22      Q.    Did you ask Mr. Daly for consent to

23  record the conversation?

24      A.    No.

25      Q.    Did Mr. Daly know you were recording



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

1               Welch
2     the conversation?
3          A.    No.
4          Q.    What did you use to record the
5     conversation?
6          A.    Tape recorder.  Just a digital tape
7     recorder.
8          Q.    How did you record the conversation
9     without Mr. Daly's knowledge?
10         A.    Just had it in my pocket.
11         Q.    Shirt pocket?
12         A.    Jacket pocket.
13         Q.    Where did you obtain the recording
14    device?
15         A.    Staples.
16         Q.    Did you buy it specifically for this
17    purpose?
18         A.    No.  I believe I had it.  I used to
19    use it to record things I wanted to, almost
20    like, like a daily things to do.  Like if I
21    needed to do something, instead of writing it
22    down, I would just record into it.
23         Q.    Do you still have the recording
24    device?
25         A.    Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

                    Welch

1

2  talk to me.  This is while I was out on

3  disability that I didn't ask to be out on.

4       Q.   You said this was February '09-ish?

5       A.   Yes.

6       Q.   So Mr. Daly called you and asked to

7  speak to you.

8            Did he say what it was about?

9       A.   He said -- he wasn't precise about

10  what the meeting was to be held for.  But he

11  did say, I have some concerns, and I'm hearing

12  some things, and I know you're going through

13  stuff, so I'd like to talk to you.

14       Q.   What about that made you want to

15  record the conversation?

16       A.   Because I knew I had done nothing

17  wrong to warrant the security manager to call

18  me and meet me off property.  It just was not

19  a customary meeting.

20       Q.   Had you had any prior relationship

21  with Mr. Daly?

22       A.   Only, only in the normal course of

23  business.

24            Actually, yes, something pretty

25  substantial, actually.



JOHN K. WELCH

December 8, 2010

27

1              Welch
2      Q.    What previous interaction had you
3  had with Mr. Daly?
4      A.    I was the manager of the Foster
5  Avenue local sort.  I was promoted by Bruce
6  Pace, who was aware of my disability --
7      Q.    What was Bruce's last name?  I'm
8  sorry.
9      A.    Pace, P-a-c-e.
10         -- aware of my disability but valued
11 my ability to work with people and sort.  It
12 was beneficial for both parties that he
13 promote me.
14         That was in 1999 I was promoted.
15 Then I took over the Foster local sort, and
16 then in the interim I went and took over a
17 package center, which was the Kensington
18 center.  It was a challenging center of which
19 I had previously worked as a supervisor, so
20 they saw it necessary that I move into that
21 position.  Then the local sort started to have
22 some difficulties, so they moved me back to
23 the local sort.
24         And while on the local sort, it was
25 a pretty large operation.  It carried -- it



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

JOHN K. WELCH                                    December 8, 2010

28

1                     Welch
2    was the operation that carried the local sorts
3    for the district.  So if my local sort failed,
4    the district failed their local sort numbers.
5              While on the local sort I'm
6    responsible for numerous outbound trailers, a
7    hundred, over a hundred people, air containers
8    going to a plane, all the operational
9    difficulties that come with that job.  I
10   accepted that wholeheartedly.
11             There was a clerical supervisor by
12   the name of James Edgette --
13        Q.    Could you spell his last name.
14        A.    E-d-g-e-t-t-e.
15             -- who's responsible for the clerks
16   in the Foster Avenue facility.  The clerks
17   were maybe 12 people working varying hours of
18   the day and night.  I had nothing but positive
19   feedback on my results on the local sort.  In
20   fact, was made aware by Mike Hughes that the
21   local sort on -- the Foster Avenue local sort
22   had achieved a quantum leap in productivity
23   year to year during my reign as the manager of
24   that local sort.  It increased almost ten
25   pieces per hour.



ESQUIRE
an Alexander Gallo Company

JOHN K. WELCH

December 8, 2010

29

1       Welch
2           So obviously it was a challenging
3   job.  I enjoyed it, and it was one that I was
4   doing well at, and it was happy days.
5           Then James Edgette quit.  James
6   Edgette worked 12 hour days.  He worked very
7   hard.  He did the clerks like no one else I
8   ever saw before.  He would look into the
9   system.  Most people would just kind of like
10  supervise from the people perspective.  He
11  went in deeper, into the data they were doing
12  and to their quality and their results, and he
13  even came up with a productivity expectation
14  that in the past we never had.  James did a
15  lot of work.
16          James quit.  Now I'm in the back of
17  the building with these trailers and with
18  these miles of belts and numerous people and
19  having to deal with all the drivers coming in
20  late, and there's six clerks working at the
21  time.
22      Q.   Do you know approximately the time
23  frame we're talking about, in terms of him
24  quitting?
25      A.   Yes, my operation -- oh, James



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

JOHN K. WELCH                                     December 8, 2010

                                                              30

1                       Welch
2     Edgette, 2000.  And it was probably around --
3     I'm going to back it up three months, so
4     August, probably around May.  And I don't know
5     why he quit.  He just decided to move on.
6               Now, the clerks had no one to
7     supervise them.  So I was basically told, you
8     know, try and piece together between doing
9     your job and hold down the clerks.  I was
10    already working in excess of 12 hours a day,
11    so I couldn't possibly find 12 more hours in
12    my day that Jim was contributing to that job.
13    So basically the clerks' jobs were to go out
14    there, do their jobs and, out of exception,
15    any problems they were having, they would come
16    to me.
17              Around August of 2000 I come to
18    work, and I'm told to go to the division
19    manager's office, Gerrais Gary is the division
20    manager, G-e-r-r-a-i-s, and get down there,
21    and there's a full complement of security
22    personnel, Dan Daly, Ralph Forgato,
23    F-o-r-g-a-t-o.
24         Q.   And Dan Daly's position at that time
25    was also still security manager?



Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

1               Welch

2      A.    Yes.

3      Q.    Is that the first time --

4      A.    Yes.  He's a division manager level.

5      Q.    Was that the first time you met

6  Mr. Daly?

7      A.    No.  I've known him since the very

8  first day that he came into the district,

9  which was maybe around ten years ago now,

10  maybe more.

11          So they asked me to sit down.  It

12  was around crunch time when my operation was

13  starting, and I needed -- that was crucial

14  time to tell people where to go, what to do.

15  Organize the supervisors, make sure the lineup

16  was set up with the trailers, make sure the

17  staffing was correct.

18          They had a stack of papers in front

19  of them and they said, we have a problem here,

20  John.  And I said how can I help you with

21  that?  They said, well, here's the problem.

22  The clerks are not inputting the DIRs.

23      Q.    What's DIR stand for?

24      A.    That was my question at the time,

25  what is a DIR?



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

1                        Welch
2              DIR is a damage inspection report.
3    When a package is damaged, it is usually put
4    on paper as on a DIR report; and then it goes
5    in electronically so that any outstanding
6    claims on these packages, they would be linked
7    together, and, therefore, we would be able to
8    minimize, you know, cost and loss.
9              So this not having been done was the
10   result not of management during my operation
11   but, rather, the fact that there was 50
12   percent of the clerks on vacation during the
13   summer months.  So if six were working and
14   three were on vacation, the person responsible
15   for doing the damages, which was Anthony
16   Fisher, would have to leave his job to cover
17   one of the clerical stations.  And he did do
18   that.  But at no time prior or no time prior
19   did I know that Anthony Fisher was not doing
20   his DIRs.  For that matter, I didn't even know
21   what a DIR is.
22             So they said we have a serious issue
23   here that falls under your responsibility.
24             And I said, my responsibility?  You
25   know, hey, this happened, how can I help?



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

JOHN K. WELCH

December 8, 2010

33

1          Welch

2    Let's move forward.

3          Dan Daly told me, we want you to

4    accept full responsibility for this not having

5    occurred.  You are a manager.  You are the

6    only manager here at night, that is why we

7    hired you.  This is your responsibility.  I

8    want you to give me a writeup that you are

9    accepting responsibility for this.

10          I will accept responsibility for

11    anything I do wrong, but I will not ever

12    accept responsibility for something that I

13    could not have possibly been responsible for.

14    So I left that meeting and I gave a writeup,

15    as requested.  But in the writeup I put in, I

16    remember one sentence that really jumps out of

17    the page, and it was that I refuse to accept

18    responsibility for this matter in the context

19    of how it relates to me.

20          And I figured that would just put

21    the situation to bed and let us move on.  Let

22    us learn from what we've done wrong here.  And

23    it didn't happen that way, because a week

24    later while on my operation --

25          Q.   Who was the writeup addressed to?



Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

1           Welch

2       Q.    Did you ever come to learn what the

3   purpose of the meeting with Dan was?

4       A.    No.

5       Q.    Did he ever indicate what prompted

6   him to call you?

7       A.    He said, I'm just hearing things.

8   And I've known you, you're a good guy.  You're

9   a good UPSer, and, hey, where is this going?

10  Perhaps not in the transcript but on the

11  telephone.

12      Q.    When you transcribed this from the

13  audio recording, was there any paraphrasing?

14  Did you leave anything out?

15      A.    No.

16      Q.    So to the best of your ability, it's

17  a verbatim account of the conversation?

18      A.    Yes, ma'am.

19      Q.    In the transcript Dan makes mention

20  to an email that you had sent to Kevin

21  Dilibero and some other conversation which had

22  caused some concern.

23      A.    OK.

24      Q.    And I'm wondering if you have any

25  recollection of that or that conversation with


ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

1              Welch
2    Dan about that.
3          MS. SINHA:  Is there a page number
4       you're looking at?
5          MS. GRAZIOSO:  I'm trying to find
6       it.
7          MS. SINHA:  160.
8          MS. GRAZIOSO:  Yes.
9       Q.   It's the first paragraph where you
10   are quoting Dan, and it starts "So now the
11   doctor tells you."
12      A.   I guess I have some recollection of
13   that email.  In the email, I believe the email
14   was the one in which I mention previous events
15   in which I felt I was being discriminated or
16   retaliated against.
17         MS. GRAZIOSO:  Can we mark this as
18      Defendant's C.
19         (Defendant's Exhibit C, Document
20      Bates stamped D0677 through D0681,
21      marked for identification, as of this
22      date.)
23      Q.   I'm going to show you now what's
24   been marked as Exhibit C.  If you could just
25   take a second and review that.



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

JOHN K. WELCH

December 8, 2010

45

1              Welch

2      A.    OK.

3      Q.    And this appears to be an email

4  dated January 26, 2009 sent at 3:17 a.m. from

5  John Welch to Doug Trandiak, Kevin Dilibero,

6  Irene Gordon and promero@laborlaws.com,

7  frank@laborlaws.com and Mike Ridolfi.

8           Do you recognize this email?

9      A.    Yes, ma'am.

10      Q.    Is this an email that you wrote and

11  sent?

12      A.    Yes.

13      Q.    Are P. Romero and

14  frank@laborlaws.com, were they your attorneys

15  at the time?

16      A.    Yes.

17      Q.    Are they associated with Ms. Sinha's

18  firm?

19      A.    Yes.

20      Q.    In the third full paragraph that

21  starts with "I have asked for your support,"

22  if you go down to about the middle of the

23  paragraph, it says, "Kevin, your mistake is

24  for having made this choice to protect those

25  that have violated the law, in lieu of


ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

1                    Welch
2    standing for what is just and righteous."
3            And then the next sentence says,
4    "This cannot be undone."
5            And then the next sentence says,
6    "Well, someone like me is perhaps someone
7    you've never met before.  Someone like me is
8    the person who is going to hold you
9    accountable, either willingly or through
10   traditional intervention."
11        A.   Yes.
12        Q.   Was that meant as a threat to Mr.
13   Dilibero?
14        A.   I wouldn't say threat, because a
15   threat is a condescending word and can be
16   interpreted as something physical; but it can
17   be, it can be a notice.
18        Q.   What type of notice?
19        A.   That the ongoing discrimination,
20   retaliation and things of that nature are
21   violations of my Persons With Disabilities
22   Act, numerous attempts, all these things have
23   forced me by circumstances to have to acquire
24   legal intervention.
25        Q.   Now, you said this was the only



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

JOHN K. WELCH

December 8, 2010

53

1          Welch

2     Q.    Same photo?

3     A.    Perhaps different lighting, but it's

4  pretty much the same photo.

5     Q.    And you took both these photos

6  yourself?

7     A.    Yes.

8     Q.    And you took them both with your

9  Android phone?

10     A.    Yes.

11     Q.    I also want to talk a little bit

12  about some of your health conditions.

13     A.    Yes.

14     Q.    What current medical conditions are

15  you suffering from?

16     A.    I have hypertropic cardiomyopathy,

17  also known as HCM, abbreviated.

18     Q.    Anything else?

19     A.    I have been diagnosed with bipolar

20  disorder.  I have a hiatal hernia.  I have

21  restless leg syndrome, RLS.  I have sleep

22  apnea, depression.

23     Q.    Any other conditions?

24     A.    Depression would be also attributed

25  diagnosed with PTSD, post-traumatic stress



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

JOHN K. WELCH                                    December 8, 2010

54

                        Welch

2  disorder.

3      Q.    Any other conditions?

4      A.    No, none that -- normal tooth decay,

5  things of that nature.

6      Q.    For each of the conditions, I'm just

7  going to ask you some questions about each of

8  them to get a little bit more information.

9           So we will start with the HCM.

10     A.    OK.

11     Q.    When were you first diagnosed with

12 HCM?

13     A.    2007.  I don't know -- I'm a decade

14 early.  1997, I'm sorry.

15     Q.    What doctor diagnosed you?

16     A.    Dr. Mark Sherrid, S-h-e-r-r-i-d.

17     Q.    Was Dr. Sherrid your doctor at the

18 time?

19     A.    No.

20     Q.    How did you come to be treated by

21 him?

22     A.    We did some research and found out

23 that Dr. Sherrid was the doctor I needed to

24 see with regard to this illness, because most

25 cardiologists have thousands of patients, but



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

JOHN K. WELCH

December 8, 2010

57

1                    Welch

2    echocardiogram, he found that I had septal

3    thickening.

4         Q.    Septal?

5         A.    Yes, s-e-p-t-a-l.  It separates the

6    left and right chambers.  Normal septal

7    thickness is about 9 to 11 millimeters.  Mine

8    was 17 millimeters.

9         Q.    Through those tests, is that how

10   he -- after those two tests, did he diagnose

11   you with HCM?

12        A.    Based on the fact of family history

13   and the thickening of the heart wall, it was

14   safe to say that I had hypertropic

15   cardiomyopathy.

16        Q.    Did Mr. Sherrid suggest any

17   treatment?

18        A.    Yes.

19        Q.    What treatment did he suggest?

20        A.    He -- because of the propensity of

21   the sudden death, which is not common, it's

22   more on the remote side of that illness.  But

23   because of the family history of sudden

24   deaths, he felt it was necessary that I

25   receive a fibrillator.  There is no treatment



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

Welch

1   for the disease to reverse the thickening of

2   the heart wall, but they do prophylactic

3   measures, such as a defibrillator, so that

4   would prevent you from dying suddenly should

5   you be presented with an arrythmia that would

6   cause you to die.

7         Q.   Is the defibrillator surgically

8   implanted?

9         A.   Yes.

10        Q.   When did you have that procedure?

11        A.   1997.

12        Q.   Did Dr. Sherrid perform that

13  procedure?

14        A.   No.

15        Q.   Who performed that?

16        A.   Dr. Ehlert, E-h-l-e-r-t.

17        Q.   How did you come in contact with

18  Dr. Ehlert?

19        A.   He's with Dr. Sherrid.  He's the --

20  Dr. Sherrid is the director and Dr. Ehlert is

21  the electrophysiologist.

22        Q.   Were you in the hospital for that

23  procedure?

24        A.   Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

JOHN K. WELCH

December 8, 2010

61

Welch

1
2      Q.    How long have you been on that
3  medication?
4      A.    Since the beginning.  1997.
5      Q.    Any periods of time where there was
6  a break where you weren't taking Atenolol?
7      A.    No.
8      Q.    Any other medication specifically
9  for your HCM?
10     A.    No.
11     Q.    Physically, what effects does the
12  HCM have on you on a day-to-day basis?
13     A.    It could be none.  It could be just
14  sudden death.  The newspaper boy running down
15  the street throwing his newspaper, and he
16  dies.  But it's limited, once diagnosed.
17  You're limited, once diagnosed, because they
18  don't -- they know what's dangerous for you,
19  such as lifting packages.  You should receive
20  the proper sleep.  Eating is, you know, it's
21  not like a normal heart illness where eating
22  is of concern, because it doesn't effect the
23  arteries.  It's the electrical disruption.
24     Q.    So in what ways is it limiting?
25     A.    It could -- you could get out of



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

JOHN K. WELCH

1                        Welch
2    breath easily while walking uphill or
3    upstairs.  You can get dizzy.  You can black
4    out.  You can have an arrythmia that could
5    lead to, graduate to other levels, like
6    ventricular tachycardia, ventricular
7    fibrillation.
8          Q.    I guess, because I want to be clear,
9    you're using the word "could."  Specifically,
10   how has it been limiting for you?
11         A.    Limited, I don't understand that
12   question.
13         Q.    Sure.
14               You said that HCM can be limiting,
15   and it can make you out of breath easily and
16   it can make you -- those are, to me,
17   hypotheticals.
18               How have you been affected by the
19   HCM?  Are you out of breath easily, those type
20   of --
21         A.    I get out of breath, where I once
22   never would.  I get tired very easily.  And
23   then the medication used to treat the
24   illness --
25         Q.    That's the Atenolol?



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

JOHN K. WELCH

December 8, 2010

63

1                          Welch
2         A.   -- can cause sleepiness and can
3    cause daytime, you know, sleepiness, when
4    you're not really wanting to go to sleep.
5         Q.   Any other --
6         A.   It can cause --
7         Q.   Any others?
8         A.   I'm sorry.
9              Chest pain.
10        Q.   Has it caused you chest pain?
11        A.   Yes.
12             Did I say shortness of breath?
13        Q.   Yes, you did.
14             Now, since 1997 when being diagnosed
15   with HCM and starting on the Atenolol, how
16   frequently would you say you are out of
17   breath?
18        A.   Maybe a couple times a week.
19        Q.   So two-to-three times a week?
20        A.   Right.
21        Q.   Three to four?
22        A.   Depending on my activity.
23        Q.   So what's an example of an activity
24   where you're being more prone to be --
25        A.   Lifting a package.  Lifting a



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

JOHN K. WELCH

December 8, 2010

65

1                      Welch
2   could die suddenly from this.
3              And so a lot of times the treatment
4   is based on the doctor having to make educated
5   guesses on family history.  While someone
6   might have thickening heart wall, someone
7   might have a septal thickness, but they would
8   die suddenly.  If it wasn't a severe septal
9   thickness, they could still die, because of
10  the electrical disruption.  And while someone
11  might have three times the thickening heart
12  wall, they might not ever die from the
13  disease.
14          Q.    Right.  Turning back to your
15  experience with HCM and how its affected you.
16  We talked a little bit about how frequently
17  you'll be out of breath, and I think you said
18  a couple times a week, depending on your
19  activity.
20          A.    Right.
21          Q.    How frequently do you find yourself
22  getting tired?
23          A.    Tired, every day.  Every single day.
24          Q.    Would you say more tired than you
25  were prior to having been diagnosed with HCM?



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

                        Welch
1
2        A.     Definitely.
3        Q.     How often have you experienced, from
4   1997 until today, chest pain?
5        A.     That would have to be also based on
6   the activity.  But chest pain as well might
7   be -- it's usually accompanied by the
8   shortness of breath, so that would be similar
9   to a few times.  Three times a week.
10        Q.    Is it always triggered by an event,
11   or you sometimes can be sitting calmly and get
12   a symptom?
13        A.     Sometimes doing nothing.
14        Q.     How does the HCM limit your ability
15   to work?
16        A.     In the capacity at UPS.
17        Q.     We can be specific to UPS, and then
18   we can go general.
19               Start with limit your ability to
20   work at UPS.
21        A.     Can't operate a commercial vehicle,
22   because the department of transportation
23   prohibits it.
24        Q.     Is that because of the
25   defibrillator?



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

JOHN K. WELCH

December 8, 2010

67

                        Welch

1

2      A.    Right.   The likeliness of driving a

3  16,000-pound truck and having a blackout or

4  defibrillation.

5      Q.    Any other limits?

6      A.    Can't lift packages.

7      Q.    Any packages?

8      A.    I can lift packages.  It used to be

9  30 pounds, and I believe now it's even 20

10  pounds, because Dr. Sherrid's belief is that

11  things have changed.  Because now he's

12  starting to see arrythmias in this disease.

13  They used to call it subaortic stenosis, which

14  means idiopathic hypertrophic subaortic

15  stenosis.  Idiopathic meaning no known cause.

16  No longer no known cause, they know what it

17  is.  Hypertropic, meaning thickening of the

18  heart wall.  Subaortic meaning below the lower

19  chambers.  And stenosis, thickening of the

20  heart wall.  So it's no longer known as

21  idiopathic hypertropic stenosis, it's

22  hypertropic cardiomyopathy.

23      Q.    So you have a lifting restriction,

24  you said now 30?

25      A.    He's saying now.



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

Welch

1    I'm sorry, yes.

2         And I believe a recent note that was

3    sent to perhaps the district nurse even

4    alluded to that it might even be 20 pounds.

5    Last I remember it was 40, when I first got

6    diagnosed, but somehow graduated or receded to

7    20.

8         Q.    Any other ways the HCM specifically

9    limits your ability to work at UPS?

10        A.    In combination with some other

11   ailments that I have.

12        The bipolar, bipolar disorder is

13   exacerbated by disruptions in my circadian

14   rhythm of proper overnight sleep.  So if I get

15   out of that routine, that would cause me to

16   not have the rest I need, which will comment

17   more difficult environment for my heart.  So

18   in combination, it kind of lends more danger

19   with having the bipolar and even the restless

20   legs.  Anything that can keep me from getting

21   my rest.

22        Q.    In what ways does your HCM limit you

23   beyond UPS, in terms of work you could do for

24   other jobs?



Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

JOHN K. WELCH

December 8, 2010

69

Welch

1
2       A.    I guess the restrictions would
3   remain the same.  And --
4       Q.    In what way does the HCM limit you,
5   in terms of your personal life?
6       A.    Personal life.  I think the
7   medication can cause me to have to purchase
8   Viagra, but that hasn't happened yet.
9       Q.    Any other limitations the HCM has on
10  you, outside of work?
11      A.    Limitations, a lot of the
12  limitations are based on what I'm feeling and
13  the need to curb the symptoms.
14      Q.    What do you mean by that?
15      A.    If I like to go mountain climbing,
16  and I did that, or long walks, and I felt the
17  shortness of breath or things of that nature,
18  then, obviously, I would have to alter my
19  activity.
20      Q.    Do you mountain climb?
21      A.    No.
22      Q.    Do you do any physical activities?
23      A.    I used to lift weights.  No, I no
24  longer can do that.
25            I partake in recreational



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

JOHN K. WELCH

1                    Welch
2   activities.
3        Q.    What recreational activities?
4        A.    Shooting the basketball around,
5   without running around.  Basketball is very
6   bad, because it's stop and go.
7        Q.    Any other sports?
8        A.    Frisbee.  Maybe baseball or softball
9   or something of that nature.  Dr. Sherrid
10  warned me of the need to not take it single
11  and turn it into a double or a triple.
12           I'm playing with a bunch of old guys
13  now, anyway.
14        Q.   How frequently do you engage in
15  physical activity?
16        A.    Physical activity, mostly with my
17  kids would throw the football around, maybe
18  once every other week.
19        Q.    And softball or baseball?
20        A.    If I do that, I'll do it on a
21  limited -- I'm not going to be in the outfield
22  or not going to run around the bases.  I would
23  be -- like be the pitcher.
24        Q.    How frequently would you say you
25  play those kind of sports?



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

JOHN K. WELCH

December 8, 2010

71

1                  Welch
2        A.    Well, I played the last season with
3    them, and I only played two times.
4        Q.    Are you on a team?
5        A.    Yes.
6        Q.    What team are you on?
7        A.    Well, they're like a bunch of guys
8    that I grew up with.  Massapequa Pirates.
9        Q.    And when you say the last season,
10   2010 season?
11       A.    Right.
12       Q.    And you played twice?
13       A.    Right.
14       Q.    How long have you been on the team?
15       A.    Before they were even at -- and it's
16   been on and off.  It's been sporadic,
17   depending on, depending on my work schedule
18   and things of that nature.  So I played, I
19   played baseball, you know, and softball, most
20   of my life and things of that nature, but
21   maybe 15 years.
22       Q.    Do you normally play the majority of
23   the games --
24       A.    No.
25       Q.    -- out of a season?



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

1                    Welch
2      A.    The season is 14 games.
3      Q.    How many would you say, on average,
4  you're able to play?
5      A.    Two, maybe three.
6      Q.    Every year for the last 15?
7      A.    I told them, listen, on an -- out of
8  exception.  Like if you're short guys, I'll
9  come in and throw the baseball.
10      Q.    So when you said this year you only
11  played two times, that's pretty average?
12      A.    Average, yes.
13      Q.    At what point, do you know, did you
14  make UPS aware of your HCM?
15      A.    When I had to go get the surgery,
16  the implant.
17      Q.    So that was '97?
18      A.    Yes.
19      Q.    Do you recall who you spoke to about
20  it?
21      A.    I spoke to Bruce Pace.
22      Q.    Was he your manager at the time?
23      A.    Yes.  The manager.
24      Q.    And that was in 1997?
25      A.    Yes.

Toll Free: 888.486.4044


ESQUIRE
an Alexander Gallo Company

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

Welch

1

2   go to Dr. Waxner back in 2000?   What symptoms

3   were you having?

4        A.   Falling asleep.   Driving off the

5   road.

6        Q.   Have those symptoms improved since

7   your treatment?

8        A.   Yes.

9        Q.   I might have asked you this already,

10  but I don't recall.

11            Are you still using a mask at night

12  to sleep?

13        A.   Yes.   Although it's not the most

14  comfortable thing.   Sometimes it gets cold,

15  and you take it out.   You take it off without

16  even your knowledge of it.   So it is

17  cumbersome.

18        Q.   What effects does the sleep apnea

19  have on you, physically?

20        A.   Effects, can cause daytime

21  sleepiness.

22        Q.   Does it cause you daytime

23  sleepiness?

24        A.   I don't know what's causing me

25  daytime sleepiness at this point.   I have HCM,



ESQUIRE

an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

JOHN K. WELCH

December 8, 2010

79

1                    Welch
2    restless legs, sleep apnea, a 12-hour work
3    day.
4         Q.    What other effects does the sleep
5    apnea have on you?
6         A.    What other effects?
7         Q.    Physical effects.
8         A.    I don't think it has any other
9    effects, other than the lack of sleep.
10        Q.    Does the sleep apnea in any way
11   limit your ability to do any physical
12   activities in life?
13        A.    No.
14        Q.    Does the sleep apnea in any way
15   limit your ability to work at UPS?
16        A.    No.
17        Q.    Does it limit your ability to work
18   anywhere else?
19        A.    No.
20        Q.    Have you ever been hospitalized for
21   your sleep apnea?
22        A.    No.
23        Q.    You said you began using the mask
24   around 2000, whenever you were first
25   diagnosed.



ESQUIRE
an Alexander Gallo Company

December 8, 2010
                                                                    80

                              Welch
1
2        A.    Right.
3        Q.    Now you also said you suffer from --
4    I'm sorry.  When did UPS become aware of your
5    sleep apnea, if you know?
6        A.    In 2005.  Actually, that's when I
7    was -- that's when I was -- because now it all
8    came clear to me.
9        Q.    Diagnosed with sleep apnea in '05?
10       A.    Yep.
11       Q.    By Dr. Waxner?
12       A.    Yep.
13       Q.    Sleep study '05?
14       A.    Because there was a significant
15   event at UPS in 2005 as a result of that.
16       Q.    Did that change when you think you
17   started being treated by Dr. Bahatnagar, which
18   we had said was '06 or '07?
19       A.    Probably more like '07.
20       Q.    So UPS became aware of your sleep
21   apnea in 2005.  You notified them?
22       A.    Yes.
23       Q.    Who did you notify?
24       A.    Roberto Charles.  He was the
25   preloader manager.  He was a -- there was a



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

Welch

2  note from Dr. Waxner that said I needed to go
3  to a sleep study for two days, and failure to
4  do so would -- failure, you know, untreated
5  sleep apnea, you know, I guess he gave some
6  pretty strong words that, what could happen if
7  someone didn't get it done.  And so I
8  presented that to Roberto Charles, and he
9  brought it to his division manager which was
10  Tom Cucce.
11      Q.   So you personally handed the note to
12  Mr. Charles?
13      A.   Yes.
14      Q.   Through the years with your sleep
15  apnea from 2005 to present, has its severity
16  or effect on you changed in any way, gotten
17  worse, gotten better --
18      A.   No.
19      Q.   -- been constant?
20      A.   Pretty much.
21      Q.   Anything you can think of that you
22  can't do because of the sleep apnea?
23      A.   No.
24      Q.   Anything you can think of that you
25  can't do because of the HCM?



ESQUIRE
an Alexander Gallo Company

JOHN K. WELCH

1                    Welch

2        A.   HCM?  Lift packages in excess of the

3   restricted amount.  Whatever it might be at

4   the present time and not do it repetitiously.

5        Q.   Anything else?

6        A.   Not to exceed the hours restriction

7   and not to do the overnight hours.

8        Q.   Anything else in your life that you

9   can't do, because of the HCM?

10       A.   No.

11       Q.   You also mentioned you had been

12  diagnosed with restless leg syndrome.

13       A.   Yes.

14       Q.   When was that diagnosis made?

15       A.   Its been a long time.  Probably like

16  1992.

17       Q.   Who made that, what doctor made that

18  diagnosis?

19       A.   Regular general practitioner.  I

20  don't even know who it was at the time.  But

21  he said you have restless legs, because I was

22  losing sleep and my legs were moving

23  uncontrollably.  And I couldn't stay sitting,

24  I had to stand up and walk around.

25       Q.   Did that doctor perform any tests to



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

December 8, 2010

84

Welch

'97 to until today?  Gone up, gone down?

A.   I think it was 50, and it went to
100.

Q.   Do you know around when that
happened?

A.   Probably around 2000.

Q.   So for your restless leg syndrome,
is the Mirapex the only treatment that the
doctor recommended?

A.   That's it.

Q.   Has that medication helped to
alleviate --

A.   Amazing.  The best thing I ever
took.  Knocks it right out.  I could not do
without it.

Q.   So while on the Mirapex, do you feel
as though you're almost cured with restless
leg syndrome?

A.   Yes, I do.

Q.   Have there been any periods where
you've tried to go off the medicine?

A.   No way.

Q.   So you've been on it consistently
since '92?



Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

JOHN K. WELCH

December 8, 2010

85

1              Welch
2        A.    Yes.
3        Q.    Have you ever been hospitalized for
4   your restless leg syndrome?
5        A.    No.
6        Q.    When did UPS ever learn that you had
7   restless leg syndrome?
8        A.    That's kind of like when you have a
9   toothache, you don't like tell your boss.
10  Like restless legs is not something that might
11  have damaging effects.
12              But I guess also coupled with other
13  things, I was asked to tell what I was plagued
14  with, so it became a question that was
15  answered.
16       Q.    Does your restless leg syndrome in
17  any way limit your ability to work at UPS?
18       A.    No.
19       Q.    Does the restless leg syndrome limit
20  your ability to work anywhere else?
21       A.    No.
22       Q.    Does it in any way limit your
23  personal life, anything you want to do
24  personally or physically outside of work?
25       A.    Yes.



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

<center>Welch</center>

1
2      Q.    How so?
3      A.    Can't drink coffee and Coca Cola,
4 because that caffeine seems to make it worse.
5      Q.    Any other ways, any other
6 limitations caused by the restless leg
7 syndrome?
8      A.    No.
9      Q.    I think you also mentioned you had
10 been diagnosed with bipolar disorder.
11     A.    Yes.
12     Q.    When were you diagnosed with bipolar
13 disorder?
14     A.    2007.
15     Q.    Who diagnosed your bipolar disorder?
16     A.    Veterans Administration in East
17 Northport.
18     Q.    Any specific doctor there?
19     A.    There were so many.  I would have
20 to -- I can't possibly answer that.
21     Q.    How was your bipolar disorder
22 diagnosed?
23     A.    I went three days without sleep, and
24 it's -- in a bipolar episode you could be
25 exhausted, and you just cannot go to sleep,


ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

JOHN K. WELCH

1                       Welch
2       Maybe five weeks.
3            Q.    Inpatient?
4            A.    Inpatient.
5            Q.    Is it during that stay that they
6       diagnosed your bipolar disorder?
7            A.    Yes.
8            Q.    Did they provide any treatment for
9       your bipolar disorder?
10           A.    They give medication.
11           Q.    What medication did they give you?
12           A.    They gave me Depakote.
13           Q.    Do you know the milligrams?
14           A.    500.   Three times a day.
15           Q.    Any other medications for the
16      bipolar disorder?
17           A.    Well, they give me the -- also I
18      guess it goes hand in hand with the
19      depression, so the Zoloft.
20                 But I get the generic of it.   I
21      don't even know the name of it.   It's kind of
22      a long -- a lot of letters.
23           Q.    Do you know the dosage?
24           A.    A hundred.
25           Q.    Is that once a day?



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

JOHN K. WELCH

December 8, 2010

89

```
 1              Welch
 2      A.    Yes.
 3      Q.    Any other medications for the
 4  bipolar disorder?
 5      A.    No.
 6      Q.    Have you been on both the Zoloft and
 7  the Depakote since 2007, when you were
 8  diagnosed?
 9      A.    Yes.
10      Q.    Do the medications help in
11  alleviating some of the symptoms of the
12  bipolar disorder?
13      A.    Yes, they do.
14      Q.    Are there any ways in which the
15  bipolar disorder affects your daily life?
16            Do you have symptoms daily?
17      A.    No.  It's, it's, you can go into
18  deep depressions and highs.  That's
19  characteristic of it.  So it keeps me out of
20  those peaks and valleys.
21      Q.    How frequently would you say you
22  enter those peaks and valleys?
23      A.    Back then it was often.
24      Q.    Prior to being medicated?
25      A.    Right.  Now I think just -- it's
```



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

JOHN K. WELCH

1                    Welch
2    pretty consistent with what normal people
3    experience, highs and lows.  Just daily trials
4    and tribulations of life.
5         Q.    So is it fair to say today you don't
6    necessarily feel like you're suffering the
7    symptoms of bipolar disorder?
8         A.    No.
9         Q.    Back then in 2007 you said it was
10   frequent, the peaks and valleys.
11            Monthly, weekly, could you give an
12   estimate of how --
13        A.    It could be like a week of being
14   low, or two weeks.  And then it would go away
15   and wouldn't come back.
16            But I think they're kind of
17   magnified by circumstances as well.
18        Q.    Do you know how long prior to 2007
19   you were having those symptoms?
20        A.    I didn't know I had it until then.
21        Q.    Does your bipolar disorder limit
22   your ability to work at UPS in any way?
23        A.    Yes.
24        Q.    How so?
25        A.    They do not want me to change my



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com