314

1                          Welch
2            MS. GRAZIOSO:   Is that one of the
3       files that was on the disk?
4            MS. SINHA:   No.   It was produced
5       in hard copy.
6            MS. GRAZIOSO:   A picture of a
7       message?
8            MS. SINHA:   Yes.   There were two
9       messages or three messages.
10           MS. GRAZIOSO:   We can confer
11      after.
12           MS. SINHA:   Okay.
13  BY MS. GRAZIOSO:
14      Q.     The message you said went just to
15  you?
16      A.     Yes.   Then I found on his -- I was
17  trying to do my career development and on
18  his hard drive was an old career development
19  that made fun of my disability.
20      Q.     What time frame are we talking
21  about?
22      A.     2010.
23      Q.     2010.   Was Victor Martini, was he
24  your boss, your supervisor?
25      A.     No.   I just reported to him to



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

John K. Welch - Volume II                    January 11, 2011

315

                        Welch

 1
 2    help out in those centers doing safety
 3    rides.
 4         Q.     Okay.  So he sent you a text that
 5    said "What if John Welch died"?
 6         A.     Right.
 7         Q.     Then you were on his work
 8    computer?
 9         A.     Yes.  Because that is where the
10    career development guides were.
11         Q.     How did you come to find an old
12    career development?
13         A.     You usually use last year's as a
14    foundation because there is a lot of data
15    that you put in that is repetitious, years
16    of service, your name, what jobs you have
17    done so you really don't want to do that
18    again so you do the old one and in it was
19    statements that were highlighted in red.
20         Q.     What statements?
21         A.     I printed out the report and I
22    have when it was created and by whom so it
23    wasn't something I created.
24              It says, goals, next, one to two
25    years, continue to ride out my disability.



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

John K. Welch - Volume II                    January 11, 2011

316

Welch

1
2      Goal three -- no, ride out the disability
3      and then goal three to five years was
4      continue to ride out the disability and
5      something like -- I don't have the exact
6      wording but with the understanding that
7      everyone knows it is not true.
8          Q.    You --
9          A.    But the document will speak for
10     itself.
11             MS. GRAZIOSO:  Has that been
12         produced?
13             MS. SINHA:  Yes.
14     BY MS. GRAZIOSO:
15         Q.    You believe that Victor Martini
16     wrote this document?
17         A.    Well, I looked under the
18     properties and I printed the properties and
19     it said MAS-1 VSM which is the designation
20     of his log-in ID.  When you create a
21     document and the document is saved it tells
22     you who did it.
23         Q.    Did you confront Mr. Martini with
24     this document?
25         A.    No.



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

John K. Welch - Volume II                    January 11, 2011

330

1                        Welch

2          Q.     When did you say you were at his

3      terminal when you located this document?

4          A.     2010 June.   What makes me believe

5      that this was something that was created

6      perhaps as a joke and I hope really not

7      disseminated to someone else is the fact

8      that the career planning employee data has

9      Victor's data in it.

10         Q.     Where do you see Victor's data?

11         A.     IE, clerk.   That is when Victor

12     began his career as an IE clerk.

13         Q.     Okay.   And on the front page of

14     the document though whose name and what

15     dates are on it?

16         A.     It says my name.

17         Q.     It says John Welch?

18         A.     Yes.

19         Q.     What dates for what period?

20         A.     January '01 to December '01.

21         Q.     Do you recall if you filled out a

22     CDA for yourself in 2001?

23         A.     No.

24         Q.     Are these documents filled out

25     yearly?



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

John K. Welch - Volume II                    January 11, 2011

331

                          Welch

1

2     A.      Supposed to be, yes.

3     Q.      You are not sure if you did one in

4  '01?

5     A.      No.

6     Q.      What leads you to believe that

7  Mr. Martini made any edits to this document?

8     A.      I just see career goals ride out

9  the disability.  That is a negative

10  connotation to me.  I am going to take this

11  disability and ride it out.

12          It says here, present assignment,

13  pick one.  Continue to -- three, career

14  goals, three to five years, continue to ride

15  out the disability as instructed even though

16  I can be a viable asset to any operation.

17  And supporting fact for the goals, the

18  ill-conceived perception of my disability is

19  lodged deep in the minds of management thus

20  rendering me useless in their eyes.

21     Q.      Did Mr. Martini ever show you this

22  document?

23     A.      No.

24     Q.      You found it by going through the

25  files on his computer?



ESQUIRE
an Alexander Gallo Company

332

Welch

1

2      A.      Yes.

3      Q.      Did you have any authority or

4   permission from Mr. Martini to go through

5   the files on his computer?

6      A.      No.

7      Q.      You are flipping through to pages

8   that look like document properties?

9      A.      Yes.

10     Q.      If you could read the bottom the

11  Bates number so I know which one you are

12  looking at.

13     A.      343.

14     Q.      How did you come to obtain this

15  information?

16     A.      Just opened up the document and

17  went to the properties and it says, save

18  under the D drive, documents and settings,

19  by MAS-1 VXM which would be Victor's ID.

20     Q.      When you sat down at Mr. Martini's

21  computer did you log into the system?

22     A.      No.

23     Q.      So you were operating under

24  Mr. Martini's log in information?

25     A.      Right.



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

John K. Welch - Volume II                    January 11, 2011

333

                          Welch

1

2       Q.      So had you made any edits to the

3   document that similarly would have shown

4   that that is who would have made the edits?

5   It would have showed Mr. Martini?

6       A.      Right.

7       Q.      And so if anyone else had sat down

8   at Mr. Martini's computer and opened file it

9   would have shown the same log in info?

10      A.      Yes.

11      Q.      On the second one what is the

12  Bates number on the bottom right of that?

13      A.      345.

14      Q.      Okay.  And what is the document

15  property information listed?

16      A.      Monday, June 15, 1998.

17      Q.      Is that for the same document?

18  Are both --

19      A.      Yes.

20      Q.      Okay.

21      A.      So I guess it was saved once upon

22  a time.  That was the general and this is

23  the statistics.

24      Q.      Based upon that when does it

25  appear that the document was created?



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

334

                              Welch

1

2       A.      1998.

3       Q.      Did you ever confront Mr. Martini

4   with this document?

5       A.      No.

6       Q.      Did you ever mention it to anyone

7   else at UPS --

8       A.      No.

9       Q.      -- prior to producing it in this

10  lawsuit?

11      A.      No.  I was just bothered by it.  I

12  didn't think to give it to anybody.

13      Q.      At the same time you viewed it you

14  printed a copy for yourself?

15      A.      Yes.

16      Q.      Along with the document

17  properties?

18      A.      Yes.

19      Q.      Thank you.

20          MS. GRAZIOSO:  We are going to

21      mark this S.

22          (Photo of DIAD Board was marked

23  Defendant's Exhibit S for identification)

24  BY MS. GRAZIOSO:

25      Q.      Mr. Welch, I am going to show you



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

335

                          Welch

1
2       what has been marked as Defendant's Exhibit

3       S and ask you to take a look at that.

4             A.    Yes.

5             Q.    Do you recognize that photo?

6             A.    Yes.

7             Q.    What is that a photo of?

8             A.    The DIAD board, Delivery

9       Information Acquisition Device text message

10      transmission to me.

11            Q.    What does the text message read?

12            A.    What about John Welch died.

13            Q.    Is this the text message that you

14      were referring to earlier in your testimony?

15            A.    Yes.

16            Q.    This was sent to you by whom?

17            A.    I don't know.

18            Q.    It doesn't identify a sender?

19            A.    No.

20            Q.    Do you know when abouts you

21      received this text message?

22            A.    I was out with a driver.

23            Q.    This year, last year?

24            A.    This year.

25            Q.    2010?



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

John K. Welch - Volume II                    January 11, 2011

336

                              Welch

1

2       A.      Prior to finding this is when I

3   got this.

4       Q.      Okay.  So sometime in 2010?

5       A.      Yes.

6       Q.      Do you know this message was sent

7   just to you?  Maybe the background question.

8   On the DIADs can you send a mass message and

9   then individual messages?

10      A.      Yes.

11      Q.      So this you believe was sent just

12  to you?

13      A.      Right.

14      Q.      Did you respond to the message?

15      A.      No.  I think I wrote what does

16  that mean.

17      Q.      Okay.  When you respond does it

18  give you any indication of who the message

19  is being sent to or where the message is

20  being sent?

21      A.      General to the station, to the RMS

22  station.

23      Q.      After you sent your response did

24  you receive any response back?

25      A.      No.



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

337

Welch

1

2    Q.    Did you inquire as to any managers

3  or supervisors about the message?

4    A.    No.

5    Q.    Did you show the message to

6  anyone?

7    A.    No.

8    Q.    Did you report the message to

9  anyone at UPS?

10    A.    No.

11    Q.    How did you capture the message?

12    A.    Took a picture of it.

13    Q.    What did you use to take a

14  picture?

15    A.    My cell phone, Droid.

16    Q.    Did you delete the message?

17    A.    The message, no.  It goes away

18  when you punch out.  It purges itself

19  everyday.

20    Q.    Okay.  Mr. Welch, we are going to

21  talk a little more specifically about some

22  of your allegations.  Some of it we probably

23  touched upon.  To the extent you feel you

24  are repeating yourself I apologize but we

25  are going go through kind of everything.



ESQUIRE
an Alexander Gallo Company

                           Welch

1

2          Q.      In what way do you feel that UPS

3    has discriminated against you based upon

4    your disability?

5          A.      Just in statements, in actions and

6    in response to my requests.

7          Q.      Let's go through those.   What

8    statements?

9          A.      Your disease is causing me a

10   problem, I don't have a job for someone like

11   you.

12         Q.      Those two we had talked about

13   earlier?

14         A.      Yes.

15         Q.      Any others?

16         A.      I am going to contact our legal

17   department to see if we still have a job for

18   you.

19                 We are going to make you an OMS.

20         Q.      What is an OMS?

21         A.      Office Management Specialist.

22         Q.      Who made that statement?

23         A.      Kevin.

24         Q.      Do you know when?

25         A.      2007.   I was referred to as a



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

John K. Welch - Volume II                    January 11, 2011

342

1                          Welch

2    medical?

3         A.    Tom Soregeroli.

4         Q.    What year was that?

5         A.    2007.

6         Q.    I think when we talked about it

7    earlier it had been 2000 or 2001?

8         A.    It is 2000, right.

9         Q.    Is that the same with -- his

10   comments to Cindy Miller and her

11   conversation with you?

12        A.    2000.

13        Q.    2000.

14        A.    I am sorry.

15        Q.    Sure.

16        A.    Dan Daley asking me to meet him

17   because he wanted to talk to me off the

18   grounds.  He said -- basically he started it

19   off by general line of questioning but then

20   expedite -- you know, slowly escalating his

21   involvement in the story by saying, which

22   was taped in this conversation, by asking

23   questions like, how many kids do you have,

24   is this your only source of income.  Then I

25   felt the pressure coming.



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

John K. Welch - Volume II                    January 11, 2011

343

1                      Welch
2          What is it going to be like when
3    you don't work here anymore.  You know how
4    the market is.  It is not doing well.
5    People lined up out the door trying to get a
6    job here.
7          Q.     Okay.
8          A.     What else did he say?
9                 Your bottom line is you are
10   costing us a lot of money in legal fees and
11   it would behoove you to back off.
12         Q.     Okay.
13         A.     You are not here to supervise.
14   You are here to work.
15         Q.     Who made that comment?
16         A.     Joe Mero.
17         Q.     When did he make that comment?
18         A.     2008, Rosh Hashanah holiday.
19                2010 told to get in a trailer.
20   Told him I am going to supervise, I am
21   assigned to Manhattan.
22                He needed me to help in Maspeth
23   which is Queens.  He told me to sign for the
24   Rosh Hashanah holiday to go to the Maspeth
25   facility at which time I am figuring I am



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

354

Welch

Q.     When was that statement made?

A.     2007.

Q.     That was by Mr. DiLibero?

A.     No.

Q.     Who made that statement?

A.     Mr. Ridolfi.

Q.     Any other comments, actions that you felt were discriminatory based on your disability?

A.     There was a solicitation and maybe, I can't really mention what I think but I believe a solicitation of documents that are not consistent with that which is provided to or that is consistent to those of my peers.

Q.     Okay.  Can you give me an example of what you mean?

A.     That Rizzo document that was instructed to do that because they knew -- everything went down at the same time.  That document, the security following me and documenting and putting together that document, it was let's take care of ourself and let's damage the person that we are



ESQUIRE
an Alexander Gallo Company

355

Welch

1
2   supposed to take care of.  Let's damage his

3   reputation instead of let's follow the ADA

4   process, there is nothing more important

5   than taking care of this individual who has

6   been with us 20 something years already.

7   Let's take care of that.  Instead, no, let's

8   follow him, let's document against him.

9           I want to see the documentation

10  that is against me from the prior years and

11  I want to bring bus loads of people in here

12  that can attest to my commitment and service

13  in the past.

14          And I want to be able to prove

15  that all I did was get sick and I don't know

16  how many ADA requests it is going to take

17  but it is four so far so maybe there is a

18  magic number, maybe who want to be opening

19  another fifth and sixth and seventh one.

20          I don't know what it takes but who

21  is responsible for it not getting done?  Who

22  is going to be ultimately responsible for it

23  other than myself?

24      Q.    Do you have any facts to support

25  your thought that documents such as



Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

John K. Welch - Volume II                    January 11, 2011

1                          Welch
2        Mr. Rizzo's activity sheet are only created
3        for you and not for anyone else?
4              A.     Yes.
5              Q.     Okay.  What facts?
6              A.     Mr. Rizzo is a known liar.  I
7        asked for days off.  I asked for days off
8        and then he didn't document or didn't
9        communicate and then they are asking where
10       John is.  I don't know.  Rather than being a
11       man and answer for it.
12              I am in the office with him and
13       Kevin and they are like communicating to me
14       about me making sure I communicate when I am
15       not in work.  Now, I would like -- those
16       days that I wasn't at work I want them to
17       prove I wasn't there.
18              I had a 24-hour round-the-clock
19       operation and if I wasn't there maybe I
20       wasn't there during that period, I was
21       reporting to managers that said I need you
22       do this, I need you to do that, I need you
23       to do that, go out, we had an accident, we
24       need a follow up, can you work the preload,
25       can you do this, can I arrange my hours.



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

John K. Welch - Volume II                    January 11, 2011

357

Welch

1
2       So it was impossible especially
3   given that the fact that the operation was
4   left three months in arrears of anything
5   done to it and instead of giving me the help
6   that I needed -- first of all, I never
7   really got the job down pat.  It is the most
8   difficult job I ever had in my life.
9       Q.    Which job is that?
10      A.    CHSP.  It is the most difficult
11  job I ever had in my life because that job
12  hinges on many other jobs.
13            So Mr. Rizzo documents against me.
14  Where is the documentation prior to Rizzo?
15  There is none.  I would beg to differ.
16      Q.    So is what you are saying that
17  Mr. Rizzo said you were out for two days but
18  you weren't actually out?
19      A.    Yes.  Then when we were in the
20  office with Kevin I walked out of the office
21  and I said, what is he talking about?  He
22  said, don't worry about it, he has ADD.
23      Q.    What did he mean?
24      A.    I put my hand on a bible.  I will
25  put it on a bible.  He said Kevin has ADD.



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

385

                           Welch

1

2   BY MS. GRAZIOSO:

3       Q.     Mr. Welch, one followup question

4   regarding the text message or the DIAD

5   message which was marked Exhibit S.

6           Was there a driver with you when

7   you received your message?

8       A.     Most likely, yes.

9       Q.     Did you show it to whoever was

10  with you?

11      A.     I know where I was.  I was on

12  Central Avenue in Valley Stream and I know

13  that the driver never did the route.  Yes.

14  I don't think I showed it to him.  The

15  driver's name was Mark Brooms.

16      Q.     You don't think you showed it to

17  him?

18      A.     No.

19      Q.     We talked a little bit last time

20  we took your testimony about some of UPS'

21  procedures in place for lodging complaints

22  of discrimination or harassment.

23          What is your understanding of what

24  those avenues are for employees?

25      A.     Open door policy.  You can just go



ESQUIRE
an Alexander Gallo Company

1                          Welch
2      into HR and tell them.
3           Q.     Anything else?
4           A.     Management concerns, hot line,
5      employee dispute resolution to prevent
6      against -- like a buffer, try not to have
7      litigation.
8           Q.     Okay.  Anything else?
9           A.     That is pretty much it.
10          Q.     Did you ever utilize any of these
11     mechanisms to report any of the
12     discrimination harassment you felt you were
13     suffering at UPS?
14          A.     No.
15          Q.     Why not?
16          A.     Because the source of them was the
17     place I had to report them to.
18          Q.     What is your understanding of
19     where complaints through the 800 number hot
20     line go?
21          A.     I think they go to corporate.
22     Maybe not.  I called -- I sent a letter to
23     the CEO and he didn't respond.  I got a
24     district manager who allowed his security
25     manager to bust someone that the security



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

John K. Welch - Volume II                    January 11, 2011

387

Welch

1    manager should have been busted for.

3        Q.    So the complaints we talked about

4    earlier are the issues earlier that you felt

5    were harassing or discriminatory you never

6    reported any of them through the 800 number?

7        A.    No.

8        Q.    Did you ever utilize an EDR

9    procedure?

10       A.    No.   The EDR, I don't believe it

11   is for that process.   Perhaps it might be.

12       Q.    Did you ever notify anyone at UPS

13   that you felt you were being harassed or

14   discriminated against based on your

15   disability?

16       A.    Yes.

17       Q.    Who did you notify?

18       A.    Gerrais Gary, Dan Daley, Craig

19   Owen.

20       Q.    Anyone else?

21       A.    Yes.   Kevin DiLibero, Irene

22   Gordon, Mike Ridolfi, Wendy Marshall.

23       Q.    Anyone else?

24       A.    No.

25       Q.    I think we talked a little bit



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

400

                              Welch

1

2        A.     I would think Kevin DiLibero.

3        Q.     Do you recall when you wrote this

4   letter?

5        A.     Probably in October of '06.

6        Q.     What was the purpose of this

7   letter to Mr. DiLibero?

8        A.     Just to let him know what my

9   experience was there.

10       Q.     Okay.  Now, the first line of the

11  letter says, "I believe that it has been

12  told to you that I wanted to get out of this

13  department."

14              What department are you referring

15  to?

16       A.     CHSP.

17       Q.     Had you asked to leave CHSP?

18       A.     No.

19       Q.     Did you want to leave that

20  department?

21       A.     I wasn't opposed to it.

22       Q.     What position did you hold in CHSP

23  at that time?

24       A.     CHSP supervisor of Island City

25  which is in Maspeth, Queens.



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

Welch

1

2      Q.     Is that one of the positions we

3   talked about earlier that did meet your

4   medical restrictions?

5      A.     Yes.

6      Q.     And so why did you want to leave

7   this position?

8      A.     There was no appreciation.   There

9   was only-- you get attacked.   There was no

10  support, no training.

11             The gentleman I received the job

12  from was supposed to train me weeks if not

13  months in advance.   I went on the day that

14  he was clearing out his desk and I was told

15  it was going to be a 6:00 a.m. to 2:00 p.m.

16  job and Bob Marini said, it ain't happening,

17  John, I have been doing this my whole

18  career, I haven't worked less than 12 hours

19  ever.   It is an unforgiving job.

20     Q.     And so why did you send this

21  letter to Kevin?

22     A.     I wanted him to know that what the

23  rigors are, that -- for those that come

24  after me.

25     Q.     Were you leaving your CHSP



ESQUIRE
an Alexander Gallo Company