**DAY PITNEY LLP**
One Jefferson Road
Parsippany, New Jersey 07054-2891
(973) 966-6300

ATTORNEYS FOR Defendant
United Parcel Service, Inc.

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOHN WELCH, | : | Civil Action 09-cv-4400 (ADS) |
| Plaintiff, | : | |
| | : | **ORDER** |
| -against- | : | |
| UNITED PARCEL SERVICE, INC. d/b/a UPS, | : | **ELECTRONICALLY FILED** |
| Defendant. | : | |
| | : | |

This matter having been opened to the Court upon the application of Day Pitney LLP, attorneys for defendant United Parcel Service, Inc. ("UPS"), on notice to Frank & Associates, P.C., attorneys for plaintiff, and the Court having considered the papers filed in support of and in opposition to the motion, and having heard oral argument, if any; and good cause having been shown;

IT IS on this ___ day of _____, 2011;

83508552.1

ORDERED that defendant's Motion for Summary Judgment be and hereby is granted; and

ORDERED that plaintiff's Amended Complaint is hereby dismissed in its entirety with prejudice.

_____<br>Hon. Arthur D. Spatt, U.S.D.J.

Opposed _____

Unopposed _____